EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL QUIGLEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Case No. 1:16-cv-00459-SS |
| UNITED STATES OF AMERICA, | ) | |
|     Defendant. | ) | |
| | ) | |

### UNITED STATES' RESPONSE TO PLAINTIFF MICHAEL
### QUIGLEY'S REQUESTS FOR PRODUCTION OF DOCUMENTS

The United States responds to the plaintiff's Request for Production of Documents as

follows:

### DOCUMENTS TO BE PRODUCED

1.      Please produce all documents listed on United States of America's List of Potential Witnesses and Exhibits filed January 25, 2017.

**RESPONSE:** Objection to the extent plaintiff has already been furnished these documents. Many of the requested documents were furnished to the undersigned by plaintiff's attorney. Therefore, plaintiff obviously already has these documents. Some of these documents are public records and can be obtained by the plaintiff as easily as by the United States. Some of these documents, such as plaintiff's own income tax returns, are also already in plaintiff's possession.

2.      Please produce Deborah Fleming's investigation file, her papers, her internal correspondence and any and all documents pertaining to her trust fund investigation of Michael Quigley concerning the tax periods at issue in this lawsuit.

**RESPONSE:** Objection. This request is vague and ambiguous. If this phrase means something such as Ms. Fleming's history notes, they are also irrelevant and not likely to lead to the discovery of any relevant information and are covered by the government deliberative process privilege. What some IRS employee thought or wrote down is totally irrelevant to the issues in this case, *i.e.,* whether the plaintiff was a responsible person who acted willfully for the unpaid employment taxes of his company. The only relevant documents are those dealing with plaintiff's company.

3.      Please produce all Summary of Taxpayer Contact, Form 9297's from the Internal Revenue Service or its agent(s) to Michael Quigley concerning the trust fund penalty assessments for the tax periods at issue in this lawsuit.

**RESPONSE:** If there are any such documents, they are attached.

4.    Please produce all documents given to Michael Quigley from Deborah Fleming recording the contents of any conversations between Deborah Fleming and Michael Quigley concerning the trust fund penalty assessments against Michael Quigley for the tax periods at issue in this lawsuit

**RESPONSE:** Objection. This request is vague and ambiguous. If this phrase means something such as Ms. Fleming's history notes, they are also irrelevant and not likely to lead to the discovery of any relevant information and are covered by the government deliberative process privilege. What some IRS employee thought or wrote down is totally irrelevant to the issues in this case, *i.e.,* whether the plaintiff was a responsible person who acted willfully for the unpaid employment taxes of his company. The only relevant documents are those dealing with plaintiff's company. Moreover, any such properly discoverable documents were already given to the plaintiff based on the wording of this request.

5.    Please produce any Form 2749's (Request for Trust Fund Penalty Assessment) compiled by Deborah Fleming or her designee concerning the trust fund penalty assessments against Michael Quigley for the tax periods at issue in this lawsuit.

**RESPONSE:** See attached.

6.    Please produce all documents and data relied upon by the Internal Revenue Service or its agent(s) is compiling the Form 2749's referenced in number 5 above.

**RESPONSE:** See attached.

7.    Please produce any Form 4180's (Report of Interview with Individual Relative to Trust Fund Recovery Penalty or Personal Liability for Excise Taxes) compiled by Deborah Fleming or her designee concerning the trust fund penalty assessments against Michael Quigley for the tax periods at issue in this lawsuit.

**RESPONSE:** Not applicable. It is believed that the plaintiff refused to give an interview to the IRS.

8.    Please produce all documents and data relied upon by the Internal Revenue Service or its agent(s) in compiling the Form 4180's referenced in number 7 above.

**RESPONSE:** Not applicable. It is believed that the plaintiff refused to give an interview to the IRS.

9.    Please produce all documents prepared by Deborah Fleming or her designee given to Michael Quigley, by any means, concerning the trust fund penalty assessments against Michael Quigley for the tax periods at issue in this lawsuit.

**RESPONSE:** Objection. This request is vague and ambiguous. If this phrase means something

2

such as Ms. Fleming's history notes, they are also irrelevant and not likely to lead to the discovery of any relevant information and are covered by the government deliberative process privilege. What some IRS employee thought or wrote down is totally irrelevant to the issues in this case, *i.e.*, whether the plaintiff was a responsible person who acted willfully for the unpaid employment taxes of his company. The only relevant documents are those dealing with plaintiff's company. Moreover, any such properly discoverable documents were already given to the plaintiff based on the wording of this request. Without waiving said objection, IRS Form 1153 and other relevant documents are attached.

10.    Please produce Robert Spies's file, his papers, his internal correspondence and any and all documents pertaining to his review of the trust fund investigation of Michael Quigley concerning the periods at issue in this lawsuit.

**RESPONSE:** Objection. Any such documents would have been received by Mr. Spies in evaluating whether or not to settle plaintiff's liabilities. Therefore, any such documents are protected by Fed. R. Evid. 408. In addition, any such documents are not likely to lead to the discovery of any relevant or admissible evidence. This request is vague and ambiguous. If this phrase means something such as Mr. Spies' history notes, they are also irrelevant and not likely to lead to the discovery of any relevant information and are covered by the government deliberative process privilege. What some IRS employee thought or wrote down is totally irrelevant to the issues in this case, *i.e.*, whether the plaintiff was a responsible person who acted willfully for the unpaid employment taxes of his company. The only relevant documents are those dealing with plaintiff's company.

11.    Please produce all documents created by Robert Spies in the course of reviewing Michael Quigley's offer in compromise concerning the trust fund penalty assessments against Michael Quigley for the tax periods at issue in this lawsuit.

**RESPONSE:** Objection. Any such documents would have been received by Mr. Spies in evaluating whether or not to settle plaintiff's liabilities. Therefore, any such documents are protected by Fed. R. Evid. 408. This request is vague and ambiguous. If this phrase means something such as Mr. Spies' history notes history notes, they are also irrelevant and not likely to lead to the discovery of any relevant information and are covered by the government deliberative process privilege. What some IRS employee thought or wrote down is totally irrelevant to the issues in this case, *i.e.*, whether the plaintiff was a responsible person who acted willfully for the unpaid employment taxes of his company. The only relevant documents are those dealing with plaintiff's company.

12.    Please produce all documents relied upon by Robert Spies in the course of his review of Michael Quigley's offer in compromise concerning the trust fund penalty assessments against Michael Quigley for the tax periods at issue in this lawsuit.

**RESPONSE:** Objection. Any such documents would have been received by Mr. Spies in evaluating whether or not to settle plaintiff's liabilities. Therefore, any such documents are protected by Fed. R. Evid. 408. This request is vague and ambiguous. If this phrase means something such as Mr. Spies' history notes history notes, they are also irrelevant and not likely to

lead to the discovery of any relevant information and are covered by the government deliberative process privilege.  What some IRS employee thought or wrote down is totally irrelevant to the issues in this case, *i.e.*, whether the plaintiff was a responsible person who acted willfully for the unpaid employment taxes of his company.  The only relevant documents are those dealing with plaintiff's company.

13.     Please produce all documents recording any communications between Robert Spies and Deborah Fleming concerning the trust fund penalty assessments against Michael Quigley for the tax periods at issue in this lawsuit.

**RESPONSE:**  Objection.  Any such documents or communications would have been received by Mr. Spies in evaluating whether or not to settle plaintiff's liabilities.  Therefore, any such documents are protected by Fed. R. Evid. 408.  This request is vague and ambiguous.  If this phrase means something such as either individuals' history notes, and/or communications between IRS employees, they are also irrelevant and not likely to lead to the discovery of any relevant information and are covered by the government deliberative process privilege.  What some IRS employee thought or wrote down is totally irrelevant to the issues in this case, *i.e.*, whether the plaintiff was a responsible person who acted willfully for the unpaid employment taxes of his company.  The only relevant documents are those dealing with plaintiff's company.

14.     Please produce Cynthia Blaze's file, her papers, her internal correspondence and any and all documents pertaining to her review of the trust fund investigation of Michael Quigley concerning the periods at issue in this lawsuit.

**RESPONSE:**  Objection.  Any such documents would have been received by Ms. Blaze in evaluating whether or not to settle plaintiff's liabilities.  Therefore, any such documents are protected by Fed. R. Evid. 408.  This request is vague and ambiguous.  If this phrase means something such as·Ms. Blaze's history notes history notes, they are also irrelevant and not likely to lead to the discovery of any relevant information and are covered by the government deliberative process privilege.  What some IRS employee thought or wrote down is totally irrelevant to the issues in this case, *i.e.*, whether the plaintiff was a responsible person who acted willfully for the unpaid employment taxes of his company.  The only relevant documents are those dealing with plaintiff's company.

15.     Please produce all documents relied upon by Cynthia Blaze in the course of her review of Michael Quigley's request for refund or abatement concerning the trust fund penalty assessments against Michael Quigley for the tax periods at issue in this lawsuit.

**RESPONSE:**  Objection.  Any such documents would have been received by Ms. Blaze in evaluating whether or not to settle plaintiff's liabilities.  Therefore, any such documents are protected by Fed. R. Evid. 408.  This request is vague and ambiguous.  If this phrase means something such as Ms. Blaze's history notes history notes, they are also irrelevant and not likely to lead to the discovery of any relevant information and are covered by the government deliberative process privilege.  What some IRS employee thought or wrote down is totally irrelevant to the issues in this case, *i.e.*, whether the plaintiff was a responsible person who acted willfully for the unpaid employment taxes of his company.  The only relevant documents are

those dealing with plaintiff's company.

16.     Please produce all documents recording any communications between Cynthia Blaze and Deborah Fleming concerning the trust fund penalty assessments against Michael Quigley for the tax periods at issue in this lawsuit.

**RESPONSE:** Objection.  Any such documents or communications would have been received by Ms. Blaze in evaluating whether or not to settle plaintiff's liabilities.  Therefore, any such documents are protected by Fed. R. Evid. 408.  This request is vague and ambiguous.  If this phrase means something such as either individuals' history notes, and/or communications between IRS employees, they are also irrelevant and not likely to lead to the discovery of any relevant information and are covered by the government deliberative process privilege.  What some IRS employee thought or wrote down is totally irrelevant to the issues in this case, *i.e.,* whether the plaintiff was a responsible person who acted willfully for the unpaid employment taxes of his company.  The only relevant documents are those dealing with plaintiff's company.

17.     Please produce all documents recording any communications between Robert Spies and Cynthia Blaze concerning the trust fund penalty assessments against Michael Quigley for the tax periods at issue in this lawsuit.

**RESPONSE:** Objection.  Any such documents or communications would have been received by Ms. Blaze in evaluating whether or not to settle plaintiff's liabilities.  Therefore, any such documents are protected by Fed. R. Evid. 408.  This request is vague and ambiguous.  If this phrase means something such as either individuals' history notes, and/or communications between IRS employees, they are also irrelevant and not likely to lead to the discovery of any relevant information and are covered by the government deliberative process privilege.  What some IRS employee thought or wrote down is totally irrelevant to the issues in this case, *i.e.,* whether the plaintiff was a responsible person who acted willfully for the unpaid employment taxes of his company.  The only relevant documents are those dealing with plaintiff's company.

18.     Please produce any documents concerning any investigations of Deborah Fleming by the Internal Revenue Service or its designee for Misconduct.

**RESPONSE:**  Objection.  This request is irrelevant and not likely to lead to the discovery of any relevant evidence.  The sole issues in this case are whether plaintiff was a responsible person who acted willfully. This request is also objectionable in that is intended merely to harass.

19.     Please produce any documents concerning any investigations of Robert Spies by the Internal Revenue Service or its designee for Misconduct.

**RESPONSE:** Objection.  This request is irrelevant and not likely to lead to the discovery of any relevant evidence.  The sole issues in this case are whether plaintiff was a responsible person who acted willfully. This request is also objectionable in that is intended merely to harass.

20.     Please produce any documents concerning any investigations of Cynthia Blaze by the Internal Revenue Service or its designee for Misconduct.

**RESPONSE:** Objection. This request is irrelevant and not likely to lead to the discovery of any relevant evidence. The sole issues in this case are whether plaintiff was a responsible person who acted willfully. It is also objectionable in that is intended merely to harass.

21.    Please produce any documents you rely upon to support your claim that "IRS properly assessed penalties against the Plaintiff pursuant to 26 U.S.C. § 6672".

**RESPONSE:** Objection. This request if vague, ambiguous and overbroad. Without waiving these objections, copies of the certified IRS Forms 4340 are attached.

22.    Please produce any documents you rely upon to support your denial in paragraph 3 of the United States of America's Answer to Plaintiff's Second Amended Complaint.

**RESPONSE:** See the attached documents.

23.    Please produce any documents you rely upon to support your denial in paragraph 7 of the United States of America's Answer to Plaintiff's Second Amended Complaint

**RESPONSE:** See the attached documents.

24.    Please produce any documents you rely upon to support your denial in paragraph 8 of the United States of America's Answer to Plaintiff's Second Amended Complaint.

**RESPONSE:** See the attached documents.

25.    Please produce any documents you rely upon to support your denial in paragraph 9 of the United States of America's Answer to Plaintiffs Second Amended Complaint.

**RESPONSE:** See the attached documents.

26.    Please produce any documents you rely upon to support your denial in paragraph 10 of the United States of America's Answer to Plaintiff's Second Amended Complaint.

**RESPONSE:** See the attached documents.

27.    Please produce any documents you rely upon to support your denial in paragraph 11 of the United States of America's Answer to Plaintiff's Second Amended Complaint.

**RESPONSE:** See the attached documents.

28.    Please produce any documents you rely upon to support your denial in paragraph 12 of the United States of America's Answer to Plaintiff's Second Amended Complaint.

**RESPONSE:** See the attached documents.

29.   Please produce any documents you rely upon to support your denial in paragraph 14 of the United States of America's Answer to Plaintiff's Second Amended Complaint.

**RESPONSE:**  See the attached documents.

30.   Please produce any documents you rely upon to support your denial in paragraph 15 of the United States of America's Answer to Plaintiff's Second Amended Complaint.

**RESPONSE:**  See the attached documents.

RICHARD L. DURBIN, JR.
United States Attorney

JON E. FISHER
State Bar No. 550177-MA
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas  75201
(214) 880-9730
(214) 880-9774 (facsimile)
Jon.Fisher@usdoj.gov

ATTORNEYS FOR UNITED STATES

## CERTIFICATE OF SERVICE

I certify that service of the foregoing document has been made on February 28, 2017, by federal express to:

John Ferguson
Blazier, Christensen, Browder & Virr, P.C.
Barton Oaks Plaza
901 S. Mopac, Bldg. V, Ste. 200
Austin, Texas 78746

JON E. FISHER

7

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: June 16, 2016

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Michael E. Quigley, Social Security Number: 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 covering Civil Penalty for the period ending March 31, 2009

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Debbie Okray
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 0    7)

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: MAR  2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
|  | MISCELLANEOUS PENALTY IRC 6672 - TRUST FUND RECOVERY PENALTY 82254-610-52135-1  20113208 | 9,917.45 |  | 08-22-2011 |
|  | ADDITIONAL TAX ASSESSED 82254-610-52135-1  20113208 | 0.00 |  | 08-22-2011 |
| 07-27-2011 | XREF 100% PENALTY 941       200903 74-2764646 |  |  |  |
| 10-03-2011 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 09-28-2011 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  |  |  |
| 10-10-2011 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 10-07-2011 | FEDERAL TAX LIEN |  |  |  |
| 10-31-2011 | FEES AND COLLECTION COSTS |  | 42.00 |  |
| 11-07-2011 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM |  |  |  |

FORM 4340  (REV. 01-2002)              PAGE    1

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: MAR  2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|

04-05-2012 RECEIVED POA/TIA

05-10-2012 PENDING INSTALLMENT
            AGREEMENT

05-17-2012 INSTALLMENT AGREEMENT

06-11-2012 MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

05-17-2012 REVERSES ACTIVE
            INSTALLMENT AGREEMENT
            THAT WAS INPUT IN ERROR

06-12-2012 INSTALLMENT AGREEMENT

07-02-2012 MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

07-09-2012 MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

07-28-2012 INSTALLMENT AGREEMENT

10-22-2012 LEGAL/BANKRUPTCY SUIT
            PENDING

FORM 4340  (REV. 01-2002)              PAGE    2

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: MAR  2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-04-2013 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 05-06-2013 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 05-22-2013 | OVERPAID CREDIT APPLIED 1040    200912 | | 62.60 | |
| 06-24-2013 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-15-2013 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-21-2013 | OFFER IN COMPROMISE PENDING | | | |
| 07-08-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-15-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-23-2013 | SUBSEQUENT PAYMENT 940    201012 27-3285763 | | 1,708.55 | |

FORM 4340  (REV. 01-2002)                PAGE    3

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: MAR  2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|------|------|------|
| 05-23-2013 | SUBSEQUENT PAYMENT<br>941        201103<br>27-1743552 | | 5,378.39 | |
| 05-23-2013 | SUBSEQUENT PAYMENT<br>941        201103<br>27-3285763 | | 3,820.95 | |
| | INTEREST ASSESSED<br>20142205 | 533.29 | | 06-16-2014 |
| 06-13-2014 | FEDERAL TAX LIEN RELEASED | | | |
| 07-02-2014 | OFFER IN COMPROMISE<br>REJECTED, RETURNED,<br>TERMINATED | | | |
| 05-23-2013 | OVERPAYMENT CREDIT<br>TRANSFERRED<br>1040        201112 | | (477.75) | |
| 02-12-2015 | RECEIVED POA/TIA | | | |
| 09-22-2015 | RECEIVED POA/TIA | | | |
| 04-04-2016 | CLAIM DISALLOWED<br>28254-474-98305-6        08 | | | |
| 08-22-2011 | Statutory Notice of Balance Due | | | |
| 05-06-2013 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: MAR  2009
--------------------------------------------------------------


BALANCE           0.00

--------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____Debbie Okray_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


         ACCOUNT STATUS DATE 06/16/2016

FORM 4340  (REV. 01-2002)            PAGE    5

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: June 16, 2016

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Michael E. Quigley, Social Security Number: 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 covering Civil Penalty for the period ending June 30, 2009

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Debbie Okray
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: JUNE 2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| | MISCELLANEOUS PENALTY IRC 6672 - TRUST FUND RECOVERY PENALTY 29254-610-52049-1  20113208 | 25,013.04 | | 08-22-2011 |
| | ADDITIONAL TAX ASSESSED 29254-610-52049-1  20113208 | 0.00 | | 08-22-2011 |
| 07-27-2011 | XREF 100% PENALTY 941      200906 74-2764646 | | | |
| 10-03-2011 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-28-2011 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 10-10-2011 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-07-2011 | FEDERAL TAX LIEN | | | |
| 11-07-2011 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-05-2012 | RECEIVED POA/TIA | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

MICHAEL E QUIGLEY                    EIN/SSN: 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

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: JUNE 2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 05-10-2012 | PENDING INSTALLMENT AGREEMENT | | | |
| 05-17-2012 | INSTALLMENT AGREEMENT | | | |
| 06-11-2012 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-17-2012 | REVERSES ACTIVE INSTALLMENT AGREEMENT THAT WAS INPUT IN ERROR | | | |
| 06-12-2012 | INSTALLMENT AGREEMENT | | | |
| 07-02-2012 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-09-2012 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-28-2012 | INSTALLMENT AGREEMENT | | | |
| 10-22-2012 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 04-04-2013 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |

FORM 4340  (REV. 01-2002)              PAGE     2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: JUNE 2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 05-06-2013 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 06-24-2013 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-15-2013 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-21-2013 | OFFER IN COMPROMISE PENDING | | | |
| 07-08-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-15-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-23-2013 | SUBSEQUENT PAYMENT 941       201106 27-3285763 | | 14,652.07 | |
| 05-23-2013 | SUBSEQUENT PAYMENT 941       201009 27-3285763 | | 364.74 | |

FORM 4340   (REV. 01-2002)              PAGE      3

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN     TAX PERIOD: JUNE 2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 05-23-2013 | SUBSEQUENT PAYMENT 941       201109 27-3285763 | | 13,341.48 | |
| | INTEREST ASSESSED 20142205 | 1,340.08 | | 06-16-2014 |
| 06-13-2014 | FEDERAL TAX LIEN RELEASED | | | |
| 07-02-2014 | OFFER IN COMPROMISE REJECTED, RETURNED, TERMINATED | | | |
| 05-23-2013 | OVERPAYMENT CREDIT TRANSFERRED 1040       201112 | | (2,005.17) | |
| 02-12-2015 | RECEIVED POA/TIA | | | |
| 09-22-2015 | RECEIVED POA/TIA | | | |
| 04-04-2016 | CLAIM DISALLOWED 28254-474-98306-6       08 | | | |
| 08-22-2011 | Statutory Notice of Balance Due | | | |
| 05-06-2013 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    4

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN     TAX PERIOD: JUNE 2009
---------------------------------------------------------------------

BALANCE          0.00

---------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____Debbie Okray_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 06/16/2016

FORM 4340  (REV. 01-2002)              PAGE     5

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date June 16, 2016

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Michael E. Quigley, Social Security Number: 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 covering Civil Penalty for the period ending September 30, 2009

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Debbie Okray
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MICHAEL E QUIGLEY                    EIN/SSN: 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

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: SEPT 2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | MISCELLANEOUS PENALTY IRC 6672 - TRUST FUND RECOVERY PENALTY 87254-610-52034-1  20113208 | 10,910.23 | | 08-22-2011 |
| | ADDITIONAL TAX ASSESSED 87254-610-52034-1  20113208 | 0.00 | | 08-22-2011 |
| 07-27-2011 | XREF 100% PENALTY 941        200909 74-2764646 | | | |
| 10-03-2011 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-28-2011 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 10-10-2011 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-07-2011 | FEDERAL TAX LIEN | | | |
| 11-07-2011 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-05-2012 | RECEIVED POA/TIA | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

MICHAEL E QUIGLEY                    EIN/SSN: 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

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: SEPT 2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 05-10-2012 | PENDING INSTALLMENT AGREEMENT | | | |
| 05-17-2012 | INSTALLMENT AGREEMENT | | | |
| 06-11-2012 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-17-2012 | REVERSES ACTIVE INSTALLMENT AGREEMENT THAT WAS INPUT IN ERROR | | | |
| 06-12-2012 | INSTALLMENT AGREEMENT | | | |
| 07-02-2012 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-09-2012 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-28-2012 | INSTALLMENT AGREEMENT | | | |
| 10-22-2012 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 04-04-2013 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: SEPT 2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|-------------------------------------|-----------------------------|----------------------------------|
| 05-06-2013 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 06-24-2013 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-15-2013 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-21-2013 | OFFER IN COMPROMISE PENDING | | | |
| 07-08-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-15-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-23-2013 | SUBSEQUENT PAYMENT 941        201012 27-3285763 | | 12,084.85 | |
| | INTEREST ASSESSED 20142205 | | 584.51 | 06-16-2014 |

FORM 4340  (REV. 01-2002)              PAGE    3

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: SEPT 2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------|------------------|----------------|
| 06-13-2014 | FEDERAL TAX LIEN RELEASED | | | |
| 07-02-2014 | OFFER IN COMPROMISE REJECTED, RETURNED, TERMINATED | | | |
| 05-23-2013 | OVERPAYMENT CREDIT TRANSFERRED 1040      201112 | | (590.11) | |
| 02-12-2015 | RECEIVED POA/TIA | | | |
| 09-22-2015 | RECEIVED POA/TIA | | | |
| 04-04-2016 | CLAIM DISALLOWED 28254-474-98307-6      08 | | | |
| 08-22-2011 | Statutory Notice of Balance Due | | | |
| 05-06-2013 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: SEPT 2009
--------------------------------------------------------------------------


BALANCE              0.00

--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____Debbie Okray_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 06/16/2016

FORM 4340  (REV. 01-2002)          PAGE    5

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date   June 16, 2016

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Michael E. Quigley, Social Security Number: 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, covering Civil Penalty for the period ending December 31, 2009

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Debbie Okray
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | MISCELLANEOUS PENALTY IRC 6672 - TRUST FUND RECOVERY PENALTY 87254-610-52088-1  20113208 | 8,794.92 | | 08-22-2011 |
| | ADDITIONAL TAX ASSESSED 87254-610-52088-1  20113208 | | 0.00 | 08-22-2011 |
| 07-27-2011 | XREF 100% PENALTY 941        200912 74-2764646 | | | |
| 10-03-2011 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-28-2011 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 10-10-2011 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-07-2011 | FEDERAL TAX LIEN | | | |
| 11-07-2011 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-05-2012 | RECEIVED POA/TIA | | | |

FORM 4340  (REV. 01-2002)                PAGE    1

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|----------------------------------|---------------------------|--------------------------------|

05-10-2012 PENDING INSTALLMENT
           AGREEMENT

05-17-2012 INSTALLMENT AGREEMENT

06-11-2012 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

05-17-2012 REVERSES ACTIVE
           INSTALLMENT AGREEMENT
           THAT WAS INPUT IN ERROR

06-12-2012 INSTALLMENT AGREEMENT

07-02-2012 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

07-09-2012 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

07-28-2012 INSTALLMENT AGREEMENT

10-22-2012 LEGAL/BANKRUPTCY SUIT
           PENDING

04-04-2013 LEGAL/BANKRUPTCY SUIT NO
           LONGER PENDING

FORM 4340  (REV. 01-2002)              PAGE    2

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 05-06-2013 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 06-24-2013 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-15-2013 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-21-2013 | OFFER IN COMPROMISE PENDING | | | |
| 07-08-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-15-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-23-2013 | SUBSEQUENT PAYMENT 941       201109 27-1743552 | | 9,638.63 | |
| | INTEREST ASSESSED 20142205 | | 471.19 | 06-16-2014 |

FORM 4340  (REV. 01-2002)                PAGE    3

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 06-13-2014 | FEDERAL TAX LIEN RELEASED | | | |
| 07-02-2014 | OFFER IN COMPROMISE REJECTED, RETURNED, TERMINATED | | | |
| 05-23-2013 | OVERPAYMENT CREDIT TRANSFERRED 1040      201112 | | (372.52) | |
| 09-22-2015 | RECEIVED POA/TIA | | | |
| 04-04-2016 | CLAIM DISALLOWED 28254-474-98308-6      08 | | | |
| 08-22-2011 | Statutory Notice of Balance Due | | | |
| 05-06-2013 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)            PAGE    4

MICHAEL E QUIGLEY                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC 2009
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


BALANCE              0.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____Debbie Okray_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


           ACCOUNT STATUS DATE 06/16/2016

FORM 4340  (REV. 01-2002)              PAGE    5

IRS Department of the Treasury
Internal Revenue Service
MEMPHIS, TN  38101-0249

Notice Number: CP 504B
Notice Date:  02-01-2010

SSN/EIN:  74-2764646
Caller ID:

7161761836315478950

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN  TX  78746-1906156


*742764646221*

50281

## Urgent !!
### We intend to levy on certain assets.  Please respond NOW.
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe.  The law requires that you pay your tax at the time you file your return.  This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) your property or rights to property in satisfaction of the unpaid employment taxes for the period listed below if we don't receive your payment in full.  We can also file a Notice of Federal Tax Lien, if we haven't already done so.  **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below.  Current balance may include Civil Penalty, if assessed.

## Account Summary

| Form: 941 | Tax Period: 09-30-2009 |
|---|---|

Current Balance:        $13,109.62
Includes:
   Penalty:            $109.10
   Interest:            $66.70
   Last Payment:        $0.00

For information on your penalty & interest computations, you may call 1-800-829-0115

Questions?  Call us at 1-800-829-0115
Please mail this part with your payment, payable to United States Treasury.

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact*, for additional information

Notice Number: CP 504B
Notice Date:  02-01-2010

write on your check:

| 941 | 09-30-2009 | 74-2764646 |
|---|---|---|

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:
$13,109.62

Internal Revenue Service
CINCINNATI, OH  45999-0150

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN  TX  78746-1906156

7764646  AJ STGU 01 2 200909 670 0000131096.2

 IRS Department of the Treasury
Internal Revenue Service
MEMPHIS, TN 38101-0249



036022    200906 SBJ

Notice Number: CP 504
Notice Date: 12-21-2009
SSN/EIN: 74-2764646
Caller ID:

3/1/12
9501

7161761836313653618O

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN   TX   78746-1906156

*742764646221*

36615

## Urgent !!

### We intend to levy on certain assets.  Please respond NOW.
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe.  The law requires that you pay your tax at the time you file your return.  This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full.  In addition, we will begin to search for other assets we may levy.  We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.**  If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below.  Current balance may include Civil Penalty, if assessed.

### Account Summary

| Form: 941 | Tax Period: 06-30-2009 |
|---|---|

Current Balance:        $30,321.54
Includes:
Penalty:                $125.06
Interest:               $110.81
Last Payment:             $0.00

For information on
your penalty & interest
computations, you may
call 1-800-829-0115

Questions?  Call us at 1-800-829-0115

Please mail this part with your payment, payable to United States Treasury.

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact*, for additional information

Notice Number: CP 504
Notice Date: 12-21-2009

*write on your check:*

| 941 | 06-30-2009 | 74-2764646 |
|---|---|---|

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

| Amount Due: |
|---|
| $30,321.54 |

Internal Revenue Service
CINCINNATI, OH 45999-0150      **March 1, 2012 Via Certified Mail #7016 3090 0001 9504 9501**

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN   TX   78746-1906156

742764646 AU STGU 01 2 200906 670 00003032154

QUIGLEY000210

2009.48   110608   78746   IRS USE ONLY   742764646   SB J

Department of the Treasury
Internal Revenue Service
OGDEN UT 84201-0039
1-800-829-0115

Notice Number: CP134B
Date: December 14, 2009

059016.671033.0204.004 2 AT 0.482 1015
|lllll|ll|l|l|l|l|l|lll|lll|lll|lll|ll|ll|ll|l|l|l|l|l

Taxpayer Identification Number:
74-2764646
Tax Form: 941
Tax Period: September 30, 2009

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN   TX   78746-1906156

059016

## FTD/Estimated Payments Discrepancy Notice - Balance Due

### Why We Are Writing You

We found that the amount credited to your account as Total Federal Tax Deposits differs from the amount reported on your tax return for the above tax period. You now have an outstanding balance on your account of $12,388.31.

### Payments or Credits Applied

| Date | Type | Amount | | Date | Type | Amount |
|---|---|---|---|---|---|---|
| 07/09/2009 | FTD | $548.40 | | 07/09/2009 | FTD | $4,933.52 |
| 07/15/2009 | FTD | $4,394.94 | | 07/29/2009 | FTD | $6,598.07 |
| 08/12/2009 | FTD | $510.28 | | 08/12/2009 | FTD | $1,792.73 |
| 08/12/2009 | FTD | $2,181.79 | | 08/26/2009 | FTD | $1,861.50 |
| 08/26/2009 | FTD | $537.91 | | 08/26/2009 | FTD | $2,300.09 |
| 09/09/2009 | FTD | $1,865.08 | | 09/30/2009 | FTD | $1,802.80 |
| 10/07/2009 | FTD | $2,701.88 | | | | |

### Calculation of Balance Due

| | |
|---|---|
| Total Tax Due on Return | $42,939.22 |
| Total Federal Tax Deposits | $32,028.99 |
| Total | $32,028.99 |
| Unpaid | |
| Penalty on unpaid amount | $10,910.23 |
| Interest on unpaid amount | $1,425.35 |
| | $52.73 |
| Balance Due Amount | $12,388.31 |

**March 1, 2012 Via Certified Mail   #7010 3090 0001 9504 9501**

QUIGLEY000211

Penalties: $1,425.35

## 03 Penalty for Not Making a Proper Federal Tax Deposit $1,316.25

We charged a penalty because you did not make a proper tax deposit. Common reasons why we charge this penalty are:



- You did not deposit your tax on time
- You did not deposit enough tax
- You paid your tax directly to IRS
- You deposited your tax to an unauthorized financial institution
- You did not deposit your tax electronically, as required by law

If you disagree with this penalty, see "Removal of Penalties" in this notice. For information about depositing taxes, see Publication 15 (Circular E), Employer's Tax Guide; or Publication 51 (Circular A), Agricultural Employer's Tax Guide.

*(Internal Revenue Code section 6656)*

The table below shows how we figured your penalty. We multiplied the rate times the amount due.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|----------|-----------|-----------|-----------|------|---------|---------|
| 08/26/2009 | Not Paid | | | 10% | 2,609.91 | 260.99 |
| 09/10/2009 | Not Paid | | | 10% | 5,598.44 | 559.84 |
| 09/23/2009 | Not Paid | | | 10% | 2,701.88 | 270.19 |
| 09/23/2009 | 09/30/2009 | 7 | EFT | 5% | 1,802.80 | 90.14 |
| 09/23/2009 | 10/07/2009 | 14 | EFT | 5% | 2,701.88 | 135.09 |
| | | | | Total Penalty: | | 1,316.25 |

## 07 Paying Late $109.10

We charged a penalty because you paid your taxes late. We count part of a month as a full month. If you disagree with this penalty, see "Removal of Penalties" in this notice. To avoid this penalty in the future, you should pay your taxes by the due date. Even if you have an extension to file your tax return, you do not have additional time to pay your tax.

*(Internal Revenue Code section 6651 (a) (2))*

The table below shows how we figured your penalty. We multiplied the number of months times the monthly rate (1/2 percent) times the principal (not to exceed 25%).

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|------------|-----------|---------|
| 12/31/2009 | 02 | 0.50% | 10,910.23 | 109.10 |
| | | Total Penalty: | | 109.10 |

Removal of Penalties **March 1, 2012 Via Certified Mail  #7010 3090 0001 9504 9501**

QUIGLEY000212



IRS Department of the Treasury
Internal Revenue Service

CCP-LU DEBORAH J. FLEMING
9430 RESEARCH BLVD.
STOP 5220AUNW
AUSTIN, TX 78759

**CERTIFIED MAIL**

7178 2665 9394 8636 9124

Letter Date: 03/23/2010
Taxpayer Identification Number:
74-2764646
Contact Person:
DEBORAH J. FLEMING
Employee Identification Number:
01-24580
Contact Telephone Number:
(512) 464-3439

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN, TX 78746-1906



004556

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

We filed a Notice of Federal Tax Lien on 03/23/2010

| Type of Tax | Tax Period | Amount Owed |
|---|---|---|
| 941 | 06/30/2008 | 364.80 |
| 941 | 12/31/2008 | 820.36 |
| 941 | 03/31/2009 | 12585.17 |
| 941 | 06/30/2009 | 30085.66 |
| 941 | 09/30/2009 | 12933.82 |

The lien attaches to all the property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights*.

If you want to request a hearing, please complete the enclosed form 12153, *Request for a Collection Due Process Hearing*, and mail it to:

Internal Revenue Service
9430 RESEARCH BLVD.
STOP 5220AUNW
AUSTIN, TX 78759

You must request your hearing by 04/29/2010.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed. To get the current amount owed, contact the person whose name and telephone number appear at the top of this letter.

(over)

Letter 3172 (DO) rev. (11-2004)
Catalog No. 26767T

QUIGLEY000213

We'll also release the lien within 30 days after we accept a bond guaranteeing payment of the amount owed or after we adjust your account based on the decision of your requested hearing. We enclosed Publication 1450, *Instructions on how to Request a Certificate of Release of Federal Tax Lien.*

If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

Sincerely,

*R. A. Mitchell*

Director, Campus Compliance Operations

Enclosures:
Publication 594, *The Collection Process*
Publication 1450, *Instructions on How to Request a Certificate of Release of Federal Tax Lien*
Publication 1660, *Collection Appeal Rights*
Form 668-Y (C), *Notice of Federal Tax Lien*
Form 12153, *Request for a Collection Due Process Hearing*

Letter 3172 (DO) rev. (09-2006)
Catalog No. 267671

QUIGLEY000214



Department of the Treasury
Internal Revenue Service
OGDEN UT  84201-0039

For questions call:
1-800-829-0115

Notice Number: CP134B
Date: April 5, 2010

Taxpayer Identification Number:
74-2764646
Tax Form: 941
Tax Period: December 31, 2009

134420.710704.0434.010 2 AT 0.482 1035
||ıı||ıl|ıl|ııı|ıl|ıl|ıl|ııı||ıl|ıl|ııı||ıl||ıııı|ıl|ıl|ıl|ıl

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN    TX   78746-1906156

134420

## FTD/Estimated Payments Discrepancy Notice - Balance Due

### Why We Are Writing You

We found that the amount credited to your account as Total Federal Tax Deposits differs from the amount reported on your tax return for the above tax period. You now have an outstanding balance on your account of $10,197.34.

### Payments or Credits Applied

| Date | Type | Amount | Date | Type | Amount |
|------|------|--------|------|------|--------|
| 10/14/2009 | FTD | $2,255.20 | 10/28/2009 | FTD | $1,832.43 |
| 11/04/2009 | FTD | $527.46 | 11/04/2009 | FTD | $986.04 |
| 01/05/2010 | FTD | $1,247.29 | | | |

### Calculation of Balance Due

| | |
|---|---|
| Total Tax Due on Return | $15,643.34 |
| Total Federal Tax Deposits | $6,848.42 |
| | |
| Total | $6,848.42 |
| | |
| Unpaid | $8,794.92 |
| Penalty on unpaid amount | $1,340.52 |
| Interest on unpaid amount | $61.90 |
| | |
| **Balance Due Amount** | **$10,197.34** |

QUIGLEY000215

1.  If you have made payments not shown on this notice, call us at the number listed on page 1. When you call, please have your payment information and a copy of your tax return available. This information will help us find any payment you made that we didn't apply.

or

2.  If you agree with the information as shown, then pay the above amount. To avoid additional charges please pay by April 26, 2010:
    a.  If you are enrolled in EFTPS please use that method of payment. For questions regarding EFTPS, call 1-800-555-4477.
    b.  If you are not enrolled in EFTPS, pay by check or money order
        i.    Make payable to the United States Treasury,
        ii.   Write your Taxpayer Identification Number, tax form number and the tax period on your payment, and
        iii.  Mail your payment and the payment stub in the enclosed envelope.

We will not add any additional charges if we receive your payment by April 26, 2010; however, if any of the amount owed includes unpaid taxes, and these are not paid within 10 days of the notice date, an additional 5% Federal Tax Deposit penalty will be charged on the amount of unpaid taxes.

You should allow enough mailing time to be sure we receive your payment by April 26, 2010.

If you have any questions, please call 1-800-829-0115. Have your account information and copies of your tax returns when you call.

For tax forms, instructions and information visit www.irs.gov. (Access to this site will not provide you with your specific taxpayer account information.)

## Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

QUIGLEY000216

Department of the Treasury
Internal Revenue Service
OGDEN UT  84201-0039

IRS USE ONLY

For assistance, call:
1-800-829-0115

**Notice Number:** CP134B
**Date:** December 14, 2009

**Taxpayer Identification Number:**
74-2764646
**Tax Form:** 941
**Tax Period:** September 30, 2009

058016.671033.0204.004 2 AT 0.482 1015



ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN   TX  78746-1906156

058016

## FTD/Estimated Payments Discrepancy Notice - Balance Due

### Why We Are Writing You

We found that the amount credited to your account as Total Federal Tax Deposits differs from the amount reported on your tax return for the above tax period. You now have an outstanding balance on your account of $12,388.31.

### Payments or Credits Applied

| Date | Type | Amount | Date | Type | Amount |
|------|------|--------|------|------|--------|
| 07/09/2009 | FTD | $548.40 | 07/09/2009 | FTD | $4,933.52 |
| 07/15/2009 | FTD | $4,394.94 | 07/29/2009 | FTD | $6,598.07 |
| 08/12/2009 | FTD | $510.28 | 08/12/2009 | FTD | $1,792.73 |
| 08/12/2009 | FTD | $2,181.79 | 08/26/2009 | FTD | $1,861.50 |
| 08/26/2009 | FTD | $537.91 | 08/26/2009 | FTD | $2,300.09 |
| 09/09/2009 | FTD | $1,865.08 | 09/30/2009 | FTD | $1,802.80 |
| 10/07/2009 | FTD | $2,701.88 | | | |

### Calculation of Balance Due

| | |
|---|---|
| Total Tax Due on Return | $42,939.22 |
| Total Federal Tax Deposits | $32,028.99 |
| Total | $32,028.99 |
| Unpaid | $10,910.23 |
| Penalty on unpaid amount | $1,425.35 |
| Interest on unpaid amount | $52.73 |
| **Balance Due Amount** | **$12,388.31** |

QUIGLEY000217

1.  If you have made payments not shown on this notice, call us at the number listed on page 1. When you call, please have your payment information and a copy of your tax return available. This information will help us find any payment you made that we didn't apply.

or

2.  If you agree with the information as shown, then pay the above amount. To avoid additional charges please pay by **January 4, 2010**:

    a.  If you are enrolled in EFTPS please use that method of payment. For questions regarding EFTPS, call 1-800-555-4477.

    b.  If you are not enrolled in EFTPS, pay by check or money order
        i.    Make payable to the **United States Treasury**,
        ii.   Write your Taxpayer Identification Number, tax form number and the tax period on your payment, and
        iii.  Mail your payment and the payment stub in the enclosed envelope.

We will not add any additional charges if we receive your payment by January 4, 2010; however, if any of the amount owed includes unpaid taxes, and these are not paid within 10 days of the notice date, an additional 5% Federal Tax Deposit penalty will be charged on the amount of unpaid taxes.

You should allow enough mailing time to be sure we receive your payment by January 4, 2010.

If you have any questions, please call **1-800-829-0115**. Have your account information and copies of your tax returns when you call.

For tax forms, instructions and information visit **www.irs.gov.** (Access to this site will not provide you with your specific taxpayer account information.)

### Penalty and Interest

**About Your Notice** - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

QUIGLEY000218

Penalties: $1,425.35

## 03 Penalty for Not Making a Proper Federal Tax Deposit  $1,316.25

We charged a penalty because you did not make a proper tax deposit.  Common reasons why we charge this penalty are:



058016

- You did not deposit your tax on time
- You did not deposit enough tax
- You paid your tax directly to IRS
- You deposited your tax to an unauthorized financial institution
- You did not deposit your tax electronically, as required by law

If you disagree with this penalty, see "Removal of Penalties" in this notice.   For information about depositing taxes, see Publication 15 (Circular E), Employer's Tax Guide; or Publication 51 (Circular A), Agricultural Employer's Tax Guide.

*(Internal Revenue Code section 6656)*

The table below shows how we figured your penalty.  We multiplied the rate times the amount due.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|----------|-----------|-----------|-----------|------|---------|---------|
| 08/26/2009 | Not Paid | | | 10% | 2,609.91 | 260.99 |
| 09/10/2009 | Not Paid | | | 10% | 5,598.44 | 559.84 |
| 09/23/2009 | Not Paid | | | 10% | 2,701.88 | 270.19 |
| 09/23/2009 | 09/30/2009 | 7 | EFT | 5% | 1,802.80 | 90.14 |
| 09/23/2009 | 10/07/2009 | 14 | EFT | 5% | 2,701.88 | 135.09 |
| | | | | | Total Penalty: | 1,316.25 |

## 07 Paying Late  $109.10

We charged a penalty because you paid your taxes late.  We count part of a month as a full month.  If you disagree with this penalty, see "Removal of Penalties" in this notice.  To avoid this penalty in the future, you should pay your taxes by the due date.  Even if you have an extension to file your tax return, you do not have additional time to pay your tax.

*(Internal Revenue Code section 6651 (a) (2))*

The table below shows how we figured your penalty.  We multiplied the number of months times the monthly rate (1/2 percent) times the principal (not to exceed 25%).

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|------------|------------|-----------|---------|
| 12/31/2009 | 02 | 0.50% | 10,910.23 | 109.10 |
| | | | Total Penalty: | 109.10 |

## Removal of Penalties

The law lets us remove or reduce penalties if you have reasonable cause or receive erroneous written advice from IRS.

## Reasonable Cause

If you believe you have an acceptable reason why IRS should remove or reduce your penalties, send us a signed explanation. After we review your explanation, we will notify you of our decision. In some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

## Erroneous Advice from IRS

We will remove your penalty if all the following apply:

1. You asked IRS for advice on a specific issue,
2. You gave IRS complete and accurate information,
3. You received advice from IRS,
4. You relied on the advice IRS gave you, and
5. You were penalized based on the advice IRS gave you.

To request removal of the penalty because of erroneous advice from IRS, you should do the following: (1) complete Form 843, *Claim for Refund and Request for Abatement;* and (2) send it to the IRS Service Center where you filed your return.

The law allows you to tell the IRS where to apply your deposits within the tax return period with a deposit penalty. You have 90 days from the date of the correspondence you received showing the deposit penalty to contact the IRS if you want to specify where to apply your deposits.

The law also allows the IRS to remove the deposit penalty if: (1) the penalty applies to the first required deposit after a required change to your frequency of deposits, and (2) you file your employment tax returns by the due date.

### Interest: $52.73

## 09 Interest

We charged interest because you did not pay your tax on time. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay your tax in full. The interest rate is variable and may change quarterly. We charge interest on all penalties except estimated tax penalties.

*(Internal Revenue Code section 6601)*

QUIGLEY000220



058016

✂ **CUT HERE** ─────────────────────────

Return this voucher with your payment or correspondence.

Your Telephone Number:            Best Time to Call:
(   )_____-_____         _____AM____PM

24

SB    200948      03070919         81141-321-32427-9

134B    Internal Revenue Service
        OGDEN UT  84201-0039

Ilalalalalalllllmmlllllllllllllllllll

**Amount you owe:     $12,388.31**
* You will avoid additional penalties and/or
  interest if we receive your full payment by
  **January 4, 2010**
☐ **Amount enclosed:**     $_____
* Make payable to United States Treasury
* Write Taxpayer Identification Number, tax
  period and tax form number on payment
☐ **Correspondence enclosed**

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN  TX  78746-1906156

742764646 AJ STGU 01 2 200909 670 00001238831

QUIGLEY000221

IRS Department of the Treasury
Internal Revenue Service
MEMPHIS, TN  38101-0249

Notice Number: CP 504
Notice Date: 12-21-2009

SSN/EIN: 74-2764646

Caller ID:

7161761836313653618O

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN  TX  78746-1906156


*742764646221*

.36615

## Urgent !!

### We intend to levy on certain assets.  Please respond NOW.

(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe.  The law requires that you pay your tax at the time you file your return.  This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full.  In addition, we will begin to search for other assets we may levy.  We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.**  If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below.  Current balance may include Civil Penalty, if assessed.

## Account Summary

| Form: 941 | Tax Period: 06-30-2009 |
|---|---|

Current Balance:      $30,321.54
Includes:
  Penalty:               $125.06
  Interest:              $110.81
  Last Payment:            $0.00

For information on
your penalty & interest
computations, you may
call 1-800-829-0115

✂ Questions? Call us at **1-800-829-0115**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact*, for additional information

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 12-21-2009

write on your check:

| 941 | 06-30-2009 | 74-2764646 |
|---|---|---|

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:
$30,321.54

Internal Revenue Service
CINCINNATI, OH  45999-0150

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN   TX   78746-1906156

742764646 AJ STGU 01 2 200906 670 00003032154

QUIGLEY000222



.36615

# Cut and use this coupon if you are sending us correspondence only with NO payment enclosed.

(For payments, please use the other coupon attached to the notice.)

✂ --------

Please mail this part with your inquiry.

Notice Number: CP504
Notice Date: 12-21-2009

*write on your check:*

| 941 | 06-30-2009 | 74-2764646 |

Amount Due:
$30,321.54

Internal Revenue Service
P.O. BOX 249
MEMPHIS, TN  38101-0249

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN  TX  78746-1906156

742764646 AJ STGU 01 2 200906 670 00003032154

QUIGLEY000223

# Penalty and Interest



About Your Notice - The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the front of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

36615

## Penalty:                    $125.06

### 07 Paying Late

### IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2 % of the unpaid tax for each month or part of a month you didn't pay your tax.

If you disagree with this penalty, see "Removal of Penalties" in this notice.

### Removal of Penalties

The law lets us remove or reduce penalties if you have reasonable cause or receive erroneous written advice from IRS.

### Reasonable Cause

If you believe you have an acceptable reason why IRS should remove or reduce your penalties, send us a signed explanation. After we review your explanation, we will notify you of our decision. In some cases, we may ask you to pay the tax in full before we remove or reduce the penalty for paying late.

### Erroneous Advice from IRS

We will remove your penalty if all of the following apply:

1. You asked IRS for advice on a specific issue,
2. You gave IRS complete and accurate information,
3. You received advice from IRS,
4. You relied on the advice IRS gave you, and
5. You were penalized based on the advice IRS gave you.

To request removal of the penalty because of erroneous advice from IRS, you should do the following: (1) complete Form 843, *Claim for Refund and Request for Abatement*; and (2) send it to the IRS Service Center where you filed your return.

QUIGLEY000224

Interest:        $110.81

09 Interest

IRC section 6601

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Corporate Interest - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

**IRS** Department of the Treasury
Internal Revenue Service
MEMPHIS, TN  38101-0249

Case 16-cv-00459-SS   Document 33-3   Filed 03/08/17   Page 50 of 119

7161 7618 3631 3653 6180

136615.636979.1068.025 2 AT 0.482 1714

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN  TX  78746-1906156



*742764646221*

36615

This notice contains two pre-addressed coupons for your convenience.  Please detach the appropriate coupon and return to us in the envelope provided.  Please refer to the information below to determine the correct address:

| To send **correspondence** regarding this account with **NO** payment | To send a **payment** or correspondence with a payment |
|---|---|
| Use the coupon addressed to: | Use the coupon addressed to: |
| Internal Revenue Service P.O. BOX 249 MEMPHIS, TN  38101-0249 | Internal Revenue Service CINCINNATI, OH  45999-0150 |

QUIGLEY000226

IRS Department of the Treasury
Internal Revenue Service
MEMPHIS, TN 38101-0249

Notice Number: CP 504B
Notice Date: 02-01-2010
SSN/EIN: 74-2764646
Caller ID:

71617618363154788950

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN   TX   78746-1906156


*742764646221*

50281

## Urgent !!

### We intend to levy on certain assets.  Please respond NOW.

(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe.  The law requires that you pay your tax at the time you file your return.  This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) your property or rights to property in satisfaction of the unpaid employment taxes for the period listed below if we don't receive your payment in full.  We can also file a Notice of Federal Tax Lien, if we haven't already done so.  **To prevent collection action, please pay the current balance now.**If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below.  Current balance may include Civil Penalty, if assessed.

## Account Summary

| Form: 941 | Tax Period: 09-30-2009 |
|---|---|

| | |
|---|---|
| **Current Balance:** | $13,109.62 |
| Includes: | |
| Penalty: | $109.10 |
| Interest: | $66.70 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0115

Questions?  Call us at **1-800-829-0115**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact,* for additional information

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504B
Notice Date: 02-01-2010

*write on your check:*

| 941 | 09-30-2009 | 74-2764646 |
|---|---|---|

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:
$13,109.62

Internal Revenue Service
CINCINNATI, OH  45999-0150

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN   TX   78746-1906156

742764646 AJ STGU 01 2 200909 670 0000131096<u>2</u>

QUIGLEY000227

9430 RESEARCH BLVD
STOP 5220 AUNW
AUSTIN, TX 78759

Date:
03/10/2010
Social Security or
Employer Identification Number
74-2764646
Person to Contact:
DEBORAH J. FLEMING
Contact Telephone Number:
(512)464-3439
Employee Identification Number:
01-245802

**CERTIFIED MAIL - RETURN RECEIPT**

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN, TX 78746-1906

## FINAL NOTICE
## NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
### *PLEASE RESPOND IMMEDIATELY*

**Why We Are Sending You This Letter**
Your federal tax is still unpaid. We asked you to pay the tax, but we still haven't received your payment. This letter is your notice of our intent to levy (under Internal Revenue Code (IRC) Section 6331) and your right to request an Appeals hearing (under IRC Section 6330(a)).

**What You Need To Do**
Please send us a full payment today to prevent additional collection action. Make your check or money order payable to "United States Treasury". Write your Social Security number or Employer Identification Number on your payment. Send your payment to us in the enclosed envelope, along with a copy of this letter. The amount you owe through 03/10/2010 is $56,864.64. Additional penalty and interest charges will be due if you pay after this date.

If you wish to request an Appeals hearing, complete the enclosed Form 12153, *Request for a Collection Due Process or Equivalent Hearing,* and send it to us within 30 days from this letter's date. You must complete, sign, and return this form to the above address within 30 days to preserve your rights to contest an Appeals' decision in the U.S. Tax Court.

**Information about Interest and Penalty Charges**
The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you. Below is a brief explanation of the interest and/or failure to pay penalty that may be included in the amount you owe:

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full. Interest is also charged on penalties for late filing and failure to pay tax owed. Interest compounds daily, except on late or underpaid estimated income taxes for individuals or corporations.

Letter 1058 (Rev. 10-2008)
Catalog Number: 40488S

QUIGLEY000228

Compound Interest – We charge additional interest of 2 percent if, according to our records, you didn't make your corporate tax (income, employment, excise, etc.) payment within 30 days after we notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment of tax amounts you owe over $100,000, minus your timely payments and credits.

**Paying Late - Internal Revenue Code Section 6651(a)(2), (a)(3) and (d)(1)**
We charge a late penalty of ½ percent of the tax owed each month or part of a month that the tax remains unpaid from the due date, up to a maximum of 25 percent of the tax due. The ½ percent increases to 1 percent for each subsequent month or part of a month if the tax remains unpaid 10 days after we issue a notice of intent to levy.

**What We Are Going To Do**
We may file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request an Appeals hearing within 30 days from this letter's date, we may take collection action against your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, and other income.

**How To Get Help**
If you have recently paid this tax or if you can't pay it, call us immediately at the telephone number shown at the top of this letter.

The enclosed Publication 594, *The IRS Collection Process,* and Publication 1660, *Collection Appeal Rights,* provide more information.

Sincerely yours,

DEBORAH J. FLEMING
REVENUE OFFICER

Enclosures:
Copy of this letter
Publication 594
Publication 1660
Form 12153

The table below shows the amount you owe:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | Amount You Owe |
|---|---|---|---|---|---|
| 941 | 06/30/2008 | $399.60 | $0.00 | $0.00 | $399.60 |
| 941 | 12/31/2008 | $860.37 | $0.00 | $0.00 | $860.37 |
| 941 | 03/31/2009 | $12,585.18 | $0.00 | $0.00 | $12,585.18 |
| 941 | 06/30/2009 | $30,085.67 | $0.00 | $0.00 | $30,085.67 |
| 941 | 09/30/2009 | $12,933.82 | $0.00 | $0.00 | $12,933.82 |

Total:     $56,864.64

Letter 1058 (Rev. 10-2008)
Catalog Number: 40488S

QUIGLEY000229

Penalties: $1,340.52

## 03 Penalty for Not Making a Proper Federal Tax Deposit $1,208.60

We charged a penalty because you did not make a proper tax deposit. Common reasons why we charge this penalty are:



134420

- You did not deposit your tax on time
- You did not deposit enough tax
- You paid your tax directly to IRS
- You deposited your tax to an unauthorized financial institution
- You did not deposit your tax electronically, as required by law

If you disagree with this penalty, see "Removal of Penalties" in this notice. For information about depositing taxes, see Publication 15 (Circular E), Employer's Tax Guide; or Publication 51 (Circular A), Agricultural Employer's Tax Guide.

*(Internal Revenue Code section 6656)*

The table below shows how we figured your penalty. We multiplied the rate times the amount due.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|---|---|---|---|---|---|---|
| 10/07/2009 | Not Paid | | | 10% | 386.71 | 38.67 |
| 10/07/2009 | 10/14/2009 | 7 | EFT | 5% | 2,255.20 | 112.76 |
| 10/21/2009 | Not Paid | | | 10% | 1,791.74 | 179.17 |
| 10/21/2009 | 10/28/2009 | 7 | EFT | 5% | 1,832.43 | 91.62 |
| 11/04/2009 | Not Paid | | | 10% | 4,058.29 | 405.83 |
| 11/18/2009 | Not Paid | | | 10% | 2,558.18 | 255.82 |
| 11/18/2009 | 01/05/2010 | 48 | EFT | 10% | 1,247.29 | 124.73 |
| | | | | | Total Penalty: | 1,208.60 |

## 07 Paying Late $131.92

We charged a penalty because you paid your taxes late. We count part of a month as a full month. If you disagree with this penalty, see "Removal of Penalties" in this notice. To avoid this penalty in the future, you should pay your taxes by the due date. Even if you have an extension to file your tax return, you do not have additional time to pay your tax.

*(Internal Revenue Code section 6651 (a) (2))*

The table below shows how we figured your penalty. We multiplied the number of months times the monthly rate (1/2 percent) times the principal (not to exceed 25%).

| Date | No. Months | Rate/Month | Principal | Penalty |
|---|---|---|---|---|
| 04/30/2010 | 03 | 0.50% | 8,794.92 | 131.92 |
| | | | Total Penalty: | 131.92 |

## Removal of Penalties

The law lets us remove or reduce penalties if you have reasonable cause or receive erroneous written advice from IRS.

## Reasonable Cause

If you believe you have an acceptable reason why IRS should remove or reduce your penalties, send us a signed explanation. After we review your explanation, we will notify you of our decision. In some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

## Erroneous Advice from IRS

We will remove your penalty if all the following apply:

1. You asked IRS for advice on a specific issue.
2. You gave IRS complete and accurate information,
3. You received advice from IRS.
4. You relied on the advice IRS gave you, and
5. You were penalized based on the advice IRS gave you.

To request removal of the penalty because of erroneous advice from IRS, you should do the following: (1) complete Form 843, *Claim for Refund and Request for Abatement;* and (2) send it to the IRS Service Center where you filed your return.

The law allows you to tell the IRS where to apply your deposits within the tax return period with a deposit penalty. You have 90 days from the date of the correspondence you received showing the deposit penalty to contact the IRS if you want to specify where to apply your deposits.

The law also allows the IRS to remove the deposit penalty if: (1) the penalty applies to the first required deposit after a required change to your frequency of deposits, and (2) you file your employment tax returns by the due date.

Interest: $61.90

09 Interest

We charged interest because you did not pay your tax on time. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay your tax in full. The interest rate is variable and may change quarterly. We charge interest on all penalties except estimated tax penalties.

*(Internal Revenue Code section 6601)*

QUIGLEY000231

Department of the Treasury
Internal Revenue Service
OGDEN UT 84201-0039

For assistance, call
1-800-829-0115

Notice Number: CP161
Date: April 12, 2010

Taxpayer Identification Number:
74-2764646
Tax Form: 940
Tax Period: December 31, 2009

012343.712923.0056.002 1 AT 0.357 870
IllullullullullulllllllllllullllllllullllllllullllllIll



ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN    TX   78746-1906156

012343

Request for Payment                    Federal Unemployment Tax

Our records show you owe $3,048.77 on your return for the above tax period. A portion of the penalty
shown below is because your tax deposits were not made in sufficient amounts by the dates required.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your
payment by **May 3, 2010;** however, if any of the balance due amount includes unpaid tax, and the unpaid
tax you owe is not paid within 10 days of the notice date, an additional 5% federal tax deposit penalty will
be charged on the amount of the unpaid tax. Make your check or money order payable to the United States
Treasury. Write your taxpayer identification number on your payment and mail it with the stub portion of
this notice. If you are enrolled in the Electronic Federal Tax Payment System (EFTPS), you may use that
method to make your payment.

If you think we made a mistake, please call us at the number listed above. When you call, please have your
payment information and a copy of your tax return available. This information will help us find any
payment you made that we haven't applied.

Tax Statement

| | |
|---|---|
| Tax on Return | $2,715.30 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $2,715.30 |
| Penalty | $312.26 |
| Interest | $21.21 |
| Total Amount You Owe | $3,048.77 |

For tax forms, instructions and information visit **www.irs.gov.** (Access to this site will not provide you
with your specific taxpayer account information.)

Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

Penalties: $312.26

## 03 Penalty for Not Making a Proper Federal Tax Deposit $271.53

We charged a penalty because you did not make a proper tax deposit. Common reasons why we charge this penalty are:

- You did not deposit your tax on time
- You did not deposit enough tax
- You paid your tax directly to IRS
- You deposited your tax to an unauthorized financial institution
- You did not deposit your tax electronically, as required by law

If you disagree with this penalty, see "Removal of Penalties" in this notice. For information about depositing taxes, see Publication 15 (Circular E), Employer's Tax Guide; or Publication 51 (Circular A), Agricultural Employer's Tax Guide.

*(Internal Revenue Code section 6656)*

The table below shows how we figured your penalty. We multiplied the rate times the amount due.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|----------|-----------|-----------|-----------|------|---------|---------|
| 04/30/2009 | Not Paid | | | 10% | 1,574.24 | 157.42 |
| 07/31/2009 | Not Paid | | | 10% | 685.69 | 68.57 |
| 02/08/2010 | Not Paid | | | 10% | 455.37 | 45.54 |
| | | | | | Total Penalty: | 271.53 |

## 07 Paying Late $40.73

We charged a penalty because you paid your taxes late. We count part of a month as a full month. If you disagree with this penalty, see "Removal of Penalties" in this notice. To avoid this penalty in the future, you should pay your taxes by the due date. Even if you have an extension to file your tax return, you do not have additional time to pay your tax.

*(Internal Revenue Code section 6651 (a) (2))*

QUIGLEY000233

The table below shows how we figured your penalty. We multiplied the number of months times the monthly rate (1/2 percent) times the principal (not to exceed 25%).

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|-----------|-----------|---------|
| 04/30/2010 | 03 | 0.50% | 2,715.30 | 40.73 |
| | | Total Penalty: | | 40.73 |



012343

## Removal of Penalties

The law lets us remove or reduce penalties if you have reasonable cause or receive erroneous written advice from IRS.

### Reasonable Cause

If you believe you have an acceptable reason why IRS should remove or reduce your penalties, send us a signed explanation. After we review your explanation, we will notify you of our decision. In some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

### Erroneous Advice from IRS

We will remove your penalty if all the following apply:

1. You asked IRS for advice on a specific issue;
2. You gave IRS complete and accurate information,
3. You received advice from IRS,
4. You relied on the advice IRS gave you, and
5. You were penalized based on the advice IRS gave you.

To request removal of the penalty because of erroneous advice from IRS, you should do the following: (1) complete Form 843, *Claim for Refund and Request for Abatement;* and (2) send it to the IRS Service Center where you filed your return.

The law allows you to tell the IRS where to apply your deposits within the tax return period with a deposit penalty. You have 90 days from the date of the correspondence you received showing the deposit penalty to contact the IRS if you want to specify where to apply your deposits.

The law also allows the IRS to remove the deposit penalty if: (1) the penalty applies to the first required deposit after a required change to your frequency of deposits, and (2) you file your employment tax returns by the due date.

### Interest: $21.21

## 09 Interest

We charged interest because you did not pay your tax on time. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay your tax in full. The interest rate is variable and may change quarterly. We charge interest on all penalties except estimated tax penalties.

*(Internal Revenue Code section 6601)*

The interest rates on underpayment and overpayment of taxes are as follows:

| Periods | Percentage Rates | |
|---|---|---|
| | UNDERPAYMENT | OVERPAYMENT |
| July 1, 1996 through March 31, 1998......................... | 9 | 8 |
| April 1, 1998 through December 31, 1998................. | 8 | 7 |
| January 1, 1999 through March 31, 1999................. | 7 | 7 |
| April 1, 1999 through March 31, 2000..................... | 8 | 8 |
| April 1, 2000 through March 31, 2001..................... | 9 | 9 |
| April 1, 2001 through June 30, 2001...................... | 8 | 8 |
| July 1, 2001 through December 31, 2001................. | 7 | 7 |
| January 1, 2002 through December 31, 2002............. | 6 | 6 |
| January 1, 2003 through September 30, 2003............. | 5 | 5 |
| October 1, 2003 through March 31, 2004................... | 4 | 4 |
| April 1, 2004 through June 30, 2004...................... | 5 | 5 |
| July 1, 2004 through September 30, 2004.................. | 4 | 4 |
| October 1, 2004 through March 31, 2005................... | 5 | 5 |
| April 1, 2005 through September 30, 2005................. | 6 | 6 |
| October 1, 2005 through June 30, 2006.................... | 7 | 7 |
| July 1, 2006 through December 31, 2007................. | 8 | 8 |
| January 1, 2008 through March 31, 2008................... | 7 | 7 |
| April 1, 2008 through June 30, 2008...................... | 6 | 6 |
| July 1, 2008 through September 30, 2008.................. | 5 | 5 |
| October 1, 2008 through December 31, 2008 ............. | 6 | 6 |
| January 1, 2009 through March 31, 2009 .................... | 5 | 5 |
| Beginning April 1, 2009.................................. | 4 | 4 |

Beginning January 1, 1999, the interest rate we pay on overpayment of taxes, except for corporate taxes, is the same as the rate of interest we charge on the underpayment of taxes. The law requires us to determine these interest rates quarterly. From January 1, 1987 through December 31, 1998, the interest rate we paid on an overpayment of taxes was 1% less than the rate of interest we charged on your underpayment of taxes. Effective January 1, 1995, we pay a reduced rate of interest on corporate overpayments that exceed $10,000. This reduced rate is the short-term federal interest rate plus 1/2%.

Corporate Interest - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

19 Interest - Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

QUIGLEY000235

**Internal Revenue Service**
9430 RESEARCH BLVD
M/S 5220 AUNW
AUSTIN, TX 78759

**Department of the Treasury**

Letter Date:  04/28/2010

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN, TX 78746-1906

Taxpayer Identification Number:
(Social Security Number or
Employer Identification Number)
74-2764646
Person to Contact:
DEBORAH J. FLEMING
Employee Identification Number:
01-245802
Contact Telephone Number:
(512)464-3439

Our records show that you still owe the federal tax shown below, plus penalty and interest as provided by law, computed to 10 days from the date of this letter.

You may pay in person or by mail.  Please make your check or money order payable to the "United States Treasury.  Write your social security number or employer identification number on your payment.  To pay by mail, send your payment in the enclosed envelope with a copy of this letter.  If you have recently paid this tax, cannot pay it, or have questions about your account, please contact me at the telephone number shown above.

The unpaid amount from prior notices shown on the following page(s) may include tax, penalties and interest you still owe us.  It also includes any credits and payments we've received since we sent our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time.  Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest is also charged on penalties assessed on your account.  Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time.  Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown at the beginning of this letter.

Sincerely yours,

DEBORAH J. FLEMING
REVENUE OFFICER

Page 1

Letter 728 (Rev. 8-2007)
Catalog Number: 10738B

QUIGLEY000236

Date of this letter: 04/28/2010
Taxpayer Identification Number: 74-2764646

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| 941 | 06/30/2008 | $426.81 | $0.00 | $36.25 | $463.06 |
| 941 | 12/31/2008 | $820.37 | $0.00 | $42.93 | $863.30 |
| 941 | 03/31/2009 | $12,585.18 | $942.15 | $467.19 | $13,994.52 |
| 941 | 06/30/2009 | $30,085.67 | $1,375.71 | $570.93 | $32,032.31 |
| 941 | 09/30/2009 | $12,933.82 | $436.40 | $204.19 | $13,574.41 |
| 940 | 12/31/2009 | $3,048.77 | $13.57 | $8.70 | $3,071.04 |
| 941 | 12/31/2009 | $10,197.34 | $43.97 | $36.94 | $10,278.25 |

Total:        $74,276.89

Enclosures:
Envelope
Copy of this letter

Letter 728 (Rev. 8-2007)
Catalog Number: 10738B

QUIGLEY000237

Internal Revenue Service                          Department of the Treasury
9430 RESEARCH BLVD
M/S 5220 AUNW
AUSTIN, TX 78759

Date:
  04/28/2010
Social Security or
Employer Identification Number
  74-2764646
Person to Contact:
  DEBORAH J. FLEMING

CERTIFIED MAIL - RETURN RECEIPT

Contact Telephone Number:
  (512)464-3439

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN, TX 78746-1906

Employee Identification Number:
  01-245802

## FINAL NOTICE
## NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
### *PLEASE RESPOND IMMEDIATELY*

### Why We Are Sending You This Letter
Your federal tax is still unpaid. We asked you to pay the tax, but we still haven't received your payment. This letter is your notice of our intent to levy (under Internal Revenue Code (IRC) Section 6331) and your right to request an Appeals hearing (under IRC Section 6330(a)).

### What You Need To Do
Please send us a full payment today to prevent additional collection action. Make your check or money order payable to "United States Treasury". Write your Social Security number or Employer Identification Number on your payment. Send your payment to us in the enclosed envelope, along with a copy of this letter. The amount you owe through 05/08/2010 is $13,349.29. Additional penalty and interest charges will be due if you pay after this date.

If you wish to request an Appeals hearing, complete the enclosed Form 12153, *Request for a Collection Due Process or Equivalent Hearing,* and send it to us within 30 days from this letter's date. You must complete, sign, and return this form to the above address within 30 days to preserve your rights to contest an Appeals' decision in the U.S. Tax Court.

### Information about Interest and Penalty Charges
The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you. Below is a brief explanation of the interest and/or failure to pay penalty that may be included in the amount you owe:

### Interest - Internal Revenue Code Section 6601
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full. Interest is also charged on penalties for late filing and failure to pay tax owed. Interest compounds daily, except on late or underpaid estimated income taxes for individuals or corporations.

Page 1                                          Letter 1058 (Rev. 10-2008)
                                                Catalog Number: 40488S

QUIGLEY000238

Taxpayer Identification Number: 74-2764646

Compound Interest – We charge additional interest of 2 percent if, according to our records, you didn't make your corporate tax (income, employment, excise, etc.) payment within 30 days after we notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment of tax amounts you owe over $100,000, minus your timely payments and credits.

**Paying Late - Internal Revenue Code Section 6651(a)(2), (a)(3) and (d)(1)**
We charge a late penalty of ½ percent of the tax owed each month or part of a month that the tax remains unpaid from the due date, up to a maximum of 25 percent of the tax due. The ½ percent increases to 1 percent for each subsequent month or part of a month if the tax remains unpaid 10 days after we issue a notice of intent to levy.

**What We Are Going To Do**
We may file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request an Appeals hearing within 30 days from this letter's date, we may take collection action against your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, and other income.

**How To Get Help**
If you have recently paid this tax or if you can't pay it, call us immediately at the telephone number shown at the top of this letter.

The enclosed Publication 594, *The IRS Collection Process,* and Publication 1660, *Collection Appeal Rights,* provide more information.

Sincerely yours,

DEBORAH J. FLEMING
REVENUE OFFICER

Enclosures:
Copy of this letter
Publication 594
Publication 1660
Form 12153

The table below shows the amount you owe:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | Amount You Owe |
|---|---|---|---|---|---|
| 940 | 12/31/2009 | $3,048.77 | $13.57 | $8.70 | $3,071.04 |
| 941 | 12/31/2009 | $10,197.34 | $43.97 | $36.94 | $10,278.25 |
| | | | | Total: | $13,349.29 |

Letter 1058 (Rev. 10-2008)
Catalog Number: 40488S

QUIGLEY000239



CCP-LU DEBORAH J. FLEMING
9430 RESEARCH BLVD.
STOP 5220AUNW
AUSTIN, TX 78759

7178 2665 9394 8787 3293

Letter Date: 05/11/2010
Taxpayer Identification Number:
74-2764646
Contact Person:
DEBORAH J. FLEMING
Employee Identification Number:
01-24580
Contact Telephone Number:
(512) 464-3439

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN, TX 78746-1906



006839

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

We filed a Notice of Federal Tax Lien on 05/11/2010

| Type of Tax | Tax Period | Amount Owed |
|---|---|---|
| 940 | 12/31/2009 | 3048.77 |
| 941 | 12/31/2009 | 10197.34 |

The lien attaches to all the property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights*.

If you want to request a hearing, please complete the enclosed form 12153, *Request for a Collection Due Process Hearing*, and mail it to:

Internal Revenue Service
9430 RESEARCH BLVD.
STOP 5220AUNW
AUSTIN, TX 78759

You must request your hearing by 06/17/2010.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed.
To get the current amount owed, contact the person whose name and telephone number appear at the top of this letter.

(over)

Letter 3172 (DO) rev. (11-2004)
Catalog No. 26767T

QUIGLEY000240

We'll also release the lien within 30 days after we accept a bond guaranteeing payment of the amount owed or after we adjust your account based on the decision of your requested hearing. We enclosed Publication 1450, *Instructions on how to Request a Certificate of Release of Federal Tax Lien.*

If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

Sincerely,

R. A. Mitchell

Director, Campus Compliance Operations

Enclosures:
Publication 594, *The Collection Process*
Publication 1450, *Instructions on How to Request a Certificate of Release of Federal Tax Lien*
Publication 1660, *Collection Appeal Rights*
Form 668-Y (C), *Notice of Federal Tax Lien*
Form 12153, *Request for a Collection Due Process Hearing*

Letter 3172 (DO) rev. (09-2006)
Catalog No. 26767I

QUIGLEY000241

Form **941 for 2009:** **Employer's QUARTERLY Federal Tax Return**

(Rev. January 2009)    Department of the Treasury — Internal Revenue Service

970109

OMB No. 1545-0029

| | |
|---|---|
| (EIN)<br>Employer identification number | 74-2764646 |
| Name (not your trade name) | St. Gumbeaux Inc. |
| Trade name (if any) | |
| Address | 3015 Westlake Dr |
| | Austin                    TX     78746 |

**Report for this Quarter of 2009** (Check one.)

- [X] 1:  January, February, March
- [ ] 2:  April, May, June
- [ ] 3:  July, August, September
- [ ] 4:  October, November, December

QBMT2901   02/25/09

**Part 1: Answer these questions for this quarter.**

1  Number of employees who received wages, tips, or other compensation for the pay period
including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4) ...... **1** _____ 0

2  Wages, tips, and other compensation ......................................................... **2** _____ 229,300.74

3  Income tax withheld from wages, tips, and other compensation ............................... **3** _____ 13,753.03

4  If no wages, tips, and other compensation are subject to social security or Medicare tax ............. [ ] Check and go to line 6.

5  Taxable social security and Medicare wages and tips:

| | | Column 1 | | Column 2 |
|---|---|---|---|---|
| 5a | Taxable social security wages ..... | 144,638.01 | x .124 = | 17,935.11 |
| 5b | Taxable social security tips ....... | 84,662.73 | x .124 = | 10,498.18 |
| 5c | Taxable Medicare wages & tips ... | 229,300.74 | x .029 = | 6,649.72 |

5d  Total social security and Medicare taxes (Column 2, lines 5a + 5b + 5c = line 5d) .......... **5d** _____ 35,083.01

6  Total taxes before adjustments (lines 3 + 5d = line 6) .......................................... **6** _____ 48,836.04

7  **CURRENT QUARTER'S ADJUSTMENTS,** for example, a fractions of cents adjustment.
See the instructions.

7a  **Current quarter's fractions of cents** ....................................... 0.04

7b  **Current quarter's sick pay** ..................................................

7c  Current quarter's adjustments for tips and group-term life insurance ..........

7d  **TOTAL ADJUSTMENTS. Combine all amounts on lines 7a through 7c** ...................... **7d** _____ 0.04

8  Total taxes after adjustments. Combine lines 6 and 7d ...................................... **8** _____ 48,836.08

9  Advance earned income credit (EIC) payments made to employees ........................... **9** _____

10  Total taxes after adjustment for advance EIC (line 8 - line 9 = line 10) ......................... **10** _____ 48,836.08

11  Total deposits for this quarter, including overpayment applied from a
prior quarter and overpayment applied from Form 941-X or
Form 944-X ........................................................... 48,866.08

12a  COBRA premium assistance payments (see instructions) ................

12b  Number of individuals provided COBRA premium
assistance reported on line 12a .....................

13  Add lines 11 and 12a ........................................................... **13** _____ 48,866.08

14  Balance due. If line 10 is more than line 13, enter the difference here ........................... **14** _____

For information on how to pay, see the instructions.

15  Overpayment. If line 13 is more than line 10, enter the difference here .... 30.00  Check one [ ] Apply to next return.
                                                                                                   [ ] Send a refund.

► You MUST complete both pages of Form 941 and SIGN it.                                           Next ►

For Privacy Act and Paperwork Reduction Act Notice, see the Payment Voucher.     BAA     Form 941 (Rev. 1-2009)

Name (not your trade name)                                                Employer Identification Number (EIN)

St. Gumbeaux Inc.                                                         74-2764646

Case 1:16-cv-00459-SS   Document 27-3   Filed 03/08/17   Page 67 of 119

**Part 2: Tell us about your deposit schedule and tax liability for this quarter.**

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

16  TX  Enter the state abbreviation for the state where you made your deposits OR enter "MU" if you made your deposits in multiple states.

17  Check one:  ☐  Line 10 is less than $2,500. Go to Part 3.

☐  You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month. Then go to Part 3.

Tax liability:  Month 1  _____

Month 2  _____

Month 3  _____

Total liability for quarter  _____   Total must equal line 10.

☒  You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

**Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.**

18  If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages  _____

19  If you are a seasonal employer and you do not have to file a return for every quarter of the year  . . . . . . . . . . . . . ☐ Check here.

**Part 4: May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See instructions for details.

☐  **Yes.** Designee's name and phone number  _____   _____

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS.  _____

☐  **No.**

**Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ **Sign your name here**

Print your name here  *Michael Quigley*

Print your title here  *President*

Date  4/28/2009

Best daytime phone  _____

**Paid preparer's use only**

Check if you are self-employed . . . . . . . . . ☐

Preparer's name  _____   Preparer's SSN/PTIN  _____

Preparer's signature  _____   Date  _____

Firm's name (or yours if self-employed)  _____   EIN  _____

Address  _____   Phone  _____

City  _____   State  _____   ZIP code  _____

QBMT2902   02/25/09

**Schedule B (Form 941):** Report of Tax Liability for Semiweekly Schedule Depositors    OMB No. 1545-0029    470304

Calendar Year  2009

Employer identification number  74-2764646

Name (not your trade name)  St. Gumbeaux Inc.

**Report for this Quarter**

- ☒ 1: January, February, March
- ☐ 2: April, May, June
- ☐ 3: July, August, September
- ☐ 4: October, November, December

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 (or Form 941-SS), DO NOT change your tax liability by adjustments reported on any Forms 941-X. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Publication 15 (Circular E), Employer's Tax Guide, for details.

**Month 1**

| # | | # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 9 | 7,161.79 | 17 | | 25 | | | |
| 2 | | 10 | | 18 | | 26 | | | |
| 3 | | 11 | | 19 | | 27 | | | |
| 4 | | 12 | | 20 | | 28 | | | |
| 5 | | 13 | | 21 | | 29 | | | |
| 6 | | 14 | | 22 | | 30 | | | |
| 7 | | 15 | | 23 | 7,152.73 | 31 | | | |
| 8 | | 16 | | 24 | | | | | |

Tax liability for Month 1    14,314.52

**Month 2**

| # | | # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 9 | | 17 | | 25 | | | |
| 2 | | 10 | | 18 | | 26 | | | |
| 3 | | 11 | | 19 | | 27 | | | |
| 4 | | 12 | | 20 | 8,457.45 | 28 | | | |
| 5 | | 13 | | 21 | | 29 | | | |
| 6 | 8,582.31 | 14 | | 22 | | 30 | | | |
| 7 | | 15 | | 23 | | 31 | | | |
| 8 | | 16 | | 24 | | | | | |

Tax liability for Month 2    17,039.76

**Month 3**

| # | | # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 9 | | 17 | | 25 | | | |
| 2 | | 10 | | 18 | | 26 | | | |
| 3 | | 11 | | 19 | | 27 | | | |
| 4 | | 12 | | 20 | 8,435.98 | 28 | | | |
| 5 | | 13 | | 21 | | 29 | | | |
| 6 | 9,045.82 | 14 | | 22 | | 30 | | | |
| 7 | | 15 | | 23 | | 31 | | | |
| 8 | | 16 | | 24 | | | | | |

Tax liability for Month 3    17,481.80

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter  ▶
Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

Total liability for the quarter    48,836.08

COPY

BAA  For Paperwork Reduction Act Notice, see separate instructions.    QBMA3001  02/25/09    Schedule B (Form 941) Rev. 2-2009

EIN 74-2764646    Trust Fund Recovery Penalty Data    Tue Feb 15 08:23:34 2011

| Earliest ASED 04/15/2013 | Tax Only | F.I.C.A. | | Income Tax Withheld | Total Employee Portion Withheld |
|---|---|---|---|---|---|
| | | Employer Portion | Employee Portion | | |
| 01-200806    Filed:  07/31/2008    Assessed:  08/11/2008 | | | | | |
| Amount | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| Paid | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01-200812    Filed:  01/31/2009    Assessed:  02/09/2009 | | | | | |
| Amount | 54999.55 | 19796.30 | 19796.30 | 15406.95 | 35203.25 |
| Paid | 54999.55 | 19796.30 | 19796.30 | 15406.95 | 35203.25 |
| Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01-200903    Filed:  04/30/2009    Assessed:  06/08/2009 | | | | | |
| Amount | 48836.08 | 17541.52 | 17541.53 | 13753.03 | 31294.56 |
| Paid | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| Balance | 9917.45 | 0.00 | 0.00 | 9917.45 | 9917.45 |
| 01-200906    Filed:  07/31/2009    Assessed:  11/16/2009 | | | | | |
| Amount | 53085.36 | 19670.54 | 19670.54 | 13744.28 | 33414.82 |
| Paid | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| Balance | 25013.04 | 0.00 | 11268.76 | 13744.28 | 25013.04 |
| 01-200909    Filed:  10/31/2009    Assessed:  12/14/2009 | | | | | |
| Amount | 42939.22 | 16052.29 | 16052.29 | 10834.64 | 26886.93 |
| Paid | 32028.99 | 16052.29 | 15976.70 | 0.00 | 15976.70 |
| Balance | 10910.23 | 0.00 | 75.59 | 10834.64 | 10910.23 |
| 01-200912    Filed:  01/31/2010    Assessed:  04/05/2010 | | | | | |
| Amount | 15643.34 | 6832.39 | 6832.40 | 1978.55 | 8810.95 |
| Paid | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |
| Balance | 8794.92 | 0.00 | 6816.37 | 1978.55 | 8794.92 |
| Balance Totals | 54635.64 | 0.00 | 18160.72 | 36474.92 | 54635.64 |

```
EIN 74-2764646          TFRP Pay sheet          Tue Feb 15 08:23:34 2011
```

| TC | TC-dt | TC-amt | | Tax Only | Employer | Employee | IncTaxWith | TrustFundP |
|---|---|---|---|---|---|---|---|---|
| 200806 | 0.00 | | | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| 650 0 | 04/10/2008 | -8171.20 | 00 | 8171.20 | 8171.20 | 0.00 | 0.00 | 0.00 |
| 650 0 | 04/23/2008 | -8162.15 | 00 | 16333.35 | 16333.35 | 0.00 | 0.00 | 0.00 |
| 650 0 | 05/07/2008 | -8633.15 | 00 | 24966.50 | 20815.83 | 4150.67 | 0.00 | 4150.67 |
| 650 0 | 05/28/2008 | -8448.32 | 00 | 33414.82 | 20815.83 | 12598.99 | 0.00 | 12598.99 |
| 650 0 | 06/04/2008 | -8980.90 | 00 | 42395.72 | 20815.83 | 20815.83 | 764.06 | 21579.89 |
| 650 0 | 06/18/2008 | -8354.02 | 00 | 50749.74 | 20815.83 | 20815.83 | 9118.08 | 29933.91 |
| 650 0 | 07/02/2008 | -8065.50 | 00 | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| 150 0 | 08/11/2008 | 58815.24 | 00 | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| 186 0 | 08/11/2008 | 585.84 | | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| 670 0 | 04/09/2009 | -263.03 | 00 | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| 360 0 | 11/30/2009 | 42.00 | 00 | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| 360 0 | 04/12/2010 | 62.00 | 00 | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| Period Balance | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Balance Sub-totals | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 200812 | 0.00 | | | 54999.55 | 19796.30 | 19796.30 | 15406.95 | 35203.25 |
| 650 0 | 10/08/2008 | -7841.55 | 00 | 7841.55 | 7841.55 | 0.00 | 0.00 | 0.00 |
| 650 0 | 10/22/2008 | -7689.17 | 00 | 15530.72 | 15530.72 | 0.00 | 0.00 | 0.00 |
| 650 0 | 11/05/2008 | -7534.03 | 00 | 23064.75 | 19796.30 | 3268.45 | 0.00 | 3268.45 |
| 650 0 | 11/26/2008 | -7925.17 | 00 | 30989.92 | 19796.30 | 11193.62 | 0.00 | 11193.62 |
| 650 0 | 12/03/2008 | -8337.32 | 00 | 39327.24 | 19796.30 | 19530.94 | 0.00 | 19530.94 |
| 650 0 | 12/17/2008 | -7190.08 | 00 | 46517.32 | 19796.30 | 19796.30 | 6924.72 | 26721.02 |
| 670 0 | 01/12/2009 | -8482.23 | 00 | 54999.55 | 19796.30 | 19796.30 | 15406.95 | 35203.25 |
| 150 0 | 02/09/2009 | 54999.55 | 00 | 54999.55 | 19796.30 | 19796.30 | 15406.95 | 35203.25 |
| 186 0 | 02/09/2009 | 820.37 | | 54999.55 | 19796.30 | 19796.30 | 15406.95 | 35203.25 |
| Period Balance | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Balance Sub-totals | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 200903 | 9917.45 | | | 48836.08 | 17541.53 | 17541.53 | 13753.03 | 31294.56 |
| 650 0 | 01/23/2009 | -7161.80 | 00 | 7161.80 | 7161.80 | 0.00 | 0.00 | 0.00 |
| 650 0 | 01/28/2009 | -7152.70 | 00 | 14314.50 | 14314.50 | 0.00 | 0.00 | 0.00 |
| 650 0 | 02/11/2009 | -8582.29 | 00 | 22896.79 | 17541.52 | 5355.27 | 0.00 | 5355.27 |
| 650 0 | 03/11/2009 | -5000.00 | 00 | 27896.79 | 17541.52 | 10355.27 | 0.00 | 10355.27 |

| Acct | | Date | | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 650 | 0 | 04/03/2009 | 00 | -6000.00 | 00 | 33896.79 | 17541.52 | 16355.27 | 0.00 | 16355.27 |
| 650 | 0 | 04/08/2009 | 00 | -5021.84 | 00 | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 150 | 0 | 06/08/2009 | 00 | 48836.08 | | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 186 | 0 | 06/08/2009 | 00 | 2030.21 | | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 196 | 0 | 06/08/2009 | 00 | 42.48 | | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 276 | 0 | 06/08/2009 | 00 | 99.17 | 00 | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 186 | 0 | 07/13/2009 | 00 | 495.87 | | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| Period Balance | | | | 9917.45 | | 9917.45 | 0.00 | 0.00 | 9917.45 | 9917.45 |
| Balance Sub-totals | | | | 9917.45 | | 9917.45 | 0.00 | 0.00 | 9917.45 | 9917.45 |
| 200906 | | 25013.04 | | | | 53085.36 | 19670.54 | 19670.54 | 13744.28 | 33414.82 |
| 650 | 0 | 04/29/2009 | 00 | -7972.77 | 00 | 7972.77 | 7972.77 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 05/06/2009 | 00 | -1999.36 | 00 | 9972.13 | 9972.13 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 05/06/2009 | 00 | -2344.79 | 00 | 12316.92 | 12316.92 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 05/28/2009 | 00 | -4816.45 | 00 | 17113.37 | 17113.37 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 06/03/2009 | 00 | -4776.58 | 00 | 21909.95 | 19670.54 | 2239.41 | 0.00 | 2239.41 |
| 650 | 0 | 06/17/2009 | 00 | -2007.30 | 00 | 23917.25 | 19670.54 | 4246.71 | 0.00 | 4246.71 |
| 650 | 0 | 07/01/2009 | 00 | -1694.89 | 00 | 25612.14 | 19670.54 | 5941.60 | 0.00 | 5941.60 |
| 650 | 0 | 07/01/2009 | 00 | -2460.18 | 00 | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 150 | 0 | 11/16/2009 | 00 | 53085.36 | | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 186 | 0 | 11/16/2009 | 00 | 3148.99 | | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 196 | 0 | 11/16/2009 | 00 | 297.79 | | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 276 | 0 | 11/16/2009 | 00 | 375.20 | 00 | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 186 | 0 | 12/21/2009 | 00 | 1250.65 | | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| Period Balance | | | | 25013.04 | | 13744.28 | 11268.76 | 11268.76 | 0.00 | 25013.04 |
| Balance Sub-totals | | | | 34930.49 | | 23661.73 | 11268.76 | 11268.76 | 0.00 | 34930.49 |
| 200909 | | 10910.23 | | | | 42939.22 | 16052.29 | 16052.29 | 10834.64 | 26886.93 |
| 650 | 0 | 07/09/2009 | 00 | -548.40 | 00 | 548.40 | 548.40 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 07/09/2009 | 00 | -4933.52 | 00 | 5481.92 | 5481.92 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 07/15/2009 | 00 | -4394.94 | 00 | 9876.86 | 9876.86 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 07/29/2009 | 00 | -6599.07 | 00 | 16474.93 | 16052.29 | 422.64 | 0.00 | 422.64 |
| 650 | 0 | 08/12/2009 | 00 | -2181.79 | 00 | 18656.72 | 16052.29 | 2604.43 | 0.00 | 2604.43 |
| 650 | 0 | 08/12/2009 | 00 | -510.28 | 00 | 19167.00 | 16052.29 | 3114.71 | 0.00 | 3114.71 |
| 650 | 0 | 08/12/2009 | 00 | -1792.73 | 00 | 20959.73 | 16052.29 | 4907.44 | 0.00 | 4907.44 |
| 650 | 0 | 08/26/2009 | 00 | -1861.50 | 00 | 22821.23 | 16052.29 | 6768.94 | 0.00 | 6768.94 |
| 650 | 0 | 08/26/2009 | 00 | -2300.09 | 00 | 25121.32 | 16052.29 | 9069.03 | 0.00 | 9069.03 |
| 650 | 0 | 08/26/2009 | 00 | -537.91 | 00 | 25659.23 | 16052.29 | 9606.94 | 0.00 | 9606.94 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 650 | 0 | 09/09/2009 | -1865.08 | 00 | 27524.31 | 16052.29 | 11472.02 | 0.00 | 11472.02 |
| 650 | 0 | 09/30/2009 | -1802.80 | 00 | 29327.11 | 16052.29 | 13274.82 | 0.00 | 13274.82 |
| 650 | 0 | 10/07/2009 | -2701.88 | 00 | 32028.99 | 16052.29 | 15976.70 | 0.00 | 15976.70 |
| 150 | 0 | 12/14/2009 | 42939.22 | | 32028.99 | 16052.29 | 15976.70 | 0.00 | 15976.70 |
| 186 | 0 | 12/14/2009 | 1316.25 | | 32028.99 | 16052.29 | 15976.70 | 0.00 | 15976.70 |
| 196 | 0 | 12/14/2009 | 52.73 | | 32028.99 | 16052.29 | 15976.70 | 0.00 | 15976.70 |
| 276 | 0 | 12/14/2009 | 109.10 | 00 | 32028.99 | 16052.29 | 15976.70 | 0.00 | 15976.70 |
| 186 | 0 | 02/01/2010 | 545.51 | | 32028.99 | 16052.29 | 15976.70 | 0.00 | 15976.70 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Period Balance | | | | 10910.23 | 0.00 | 75.59 | 10834.64 | 10910.23 |
| Balance Sub-totals | | | | 45840.72 | 0.00 | 11344.35 | 34496.37 | 45840.72 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 200912 | | 8794.92 | | | 15643.34 | 6832.39 | 6832.40 | 1978.55 | 8810.95 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 650 | 0 | 10/14/2009 | -2255.20 | 00 | 2255.20 | 2255.20 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 10/28/2009 | -1832.43 | 00 | 4087.63 | 4087.63 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 11/04/2009 | -986.04 | 00 | 5073.67 | 5073.67 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 11/04/2009 | -527.46 | 00 | 5601.13 | 5601.13 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 01/05/2010 | -1247.29 | 00 | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |
| 150 | 0 | 04/05/2010 | 15643.34 | | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |
| 186 | 0 | 04/05/2010 | 1208.60 | | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |
| 196 | 0 | 04/05/2010 | 61.90 | | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |
| 276 | 0 | 04/05/2010 | 131.92 | 00 | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |
| 186 | 0 | 05/10/2010 | 439.75 | | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |
| 360 | 0 | 05/31/2010 | 62.00 | 00 | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Period Balance | | | | 8794.92 | 0.00 | 6816.37 | 1978.55 | 8794.92 |
| Balance Sub-totals | | | | 54635.64 | 0.00 | 18160.72 | 36474.92 | 54635.64 |

Form **941 for 2009:** Employer's QUARTERLY Federal Tax Return

Case 1:16-cv-00459-SS   Document 27-3   Filed 03/08/17

(Rev. January 2009)                Department of the Treasury — Internal Revenue Service

970109

OMB No. 1545-0029

**(EIN)**
Employer identification number    74-2764646

Name (not your trade name)    St. Gumbeaux Inc.

Trade name (if any)

Address    3015 Westlake Dr

Austin                              TX      78746

**Report for this Quarter of 2009** (Check one.)

- [ ] **1:** January, February, March
- [X] **2:** April, May, June
- [ ] **3:** July, August, September
- [ ] **4:** October, November, December

QBMT2901   02/25/09

## Part 1: Answer these questions for this quarter.

1 Number of employees who received wages, tips, or other compensation for the pay period
including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4) ...... | 1 | 42

2 Wages, tips, and other compensation ................................................ | 2 | 257,131.08

3 Income tax withheld from wages, tips, and other compensation ................................ | 3 | 13,744.28

4 If no wages, tips, and other compensation are subject to social security or Medicare tax ............. [ ] Check and go to line 6.

5 Taxable social security and Medicare wages and tips:

| | | Column 1 | | Column 2 |
|---|---|---|---|---|
| 5a | Taxable social security wages ..... | 170,132.33 | x .124 = | 21,096.41 |
| 5b | Taxable social security tips ....... | 86,998.75 | x .124 = | 10,787.85 |
| 5c | Taxable Medicare wages & tips ... | 257,131.08 | x .029 = | 7,456.80 |

5d Total social security and Medicare taxes (Column 2, lines 5a + 5b + 5c = line 5d) .......... | 5d | 39,341.06

6 Total taxes before adjustments (lines 3 + 5d = line 6) ................................. | 6 | 53,085.34

7 CURRENT QUARTER'S ADJUSTMENTS, for example, a fractions of cents adjustment.
See the instructions.

7a Current quarter's fractions of cents ...... | 0.02

7b Current quarter's sick pay .......

7c Current quarter's adjustments for tips and group-term life insurance ..........

7d TOTAL ADJUSTMENTS. Combine all amounts on lines 7a through 7c ............ | 7d | 0.02

8 Total taxes after adjustments. Combine lines 6 and 7d ................................. | 8 | 53,085.36

9 Advance earned income credit (EIC) payments made to employees ........................... | 9 |

10 Total taxes after adjustment for advance EIC (line 8 - line 9 = line 10) .................... | 10 | 53,085.36

11 Total deposits for this quarter, including overpayment applied from a
prior quarter and overpayment applied from Form 941-X or
Form 944-X ............................................................ | 53,085.36

12a COBRA premium assistance payments (see instructions) ................

12b Number of individuals provided COBRA premium
assistance reported on line 12a .................

13 Add lines 11 and 12a ......................................... | 13 | 53,085.36

14 Balance due. If line 10 is more than line 13, enter the difference here .......................... | 14 |
For information on how to pay, see the instructions.

15 Overpayment. If line 13 is more than line 10, enter the difference here .... | Check one [ ] Apply to next return.
[ ] Send a refund.

► You MUST complete both pages of Form 941 and SIGN it.

Next ►

For Privacy Act and Paperwork Reduction Act Notice, see the Payment Voucher.        BAA        Form 941 (Rev. 1-2009)

970209

Form 941 (Rev. 1-2009) Page 2

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| St. Gumbeaux Inc. | 74-2764646 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

16   TX   Enter the state abbreviation for the state where you made your deposits OR enter "MU" if you made your deposits in multiple states.

17   Check one:   ☐  Line 10 is less than $2,500. Go to Part 3.

☐  You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month. Then go to Part 3.

Tax liability:   Month 1   _____

Month 2   _____

Month 3   _____

Total liability for quarter   _____   Total must equal line 10.

☒  You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

18   If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages _____

19   If you are a seasonal employer and you do not have to file a return for every quarter of the year . . . . . . . . . . . . . ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See instructions for details.

☐  Yes.  Designee's name and phone number   _____

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS.   _____

☐  No.

## Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶   **Sign your name here**

Print your name here   *Michael Quigley*

Print your title here   *President*

Date   07/31/2009

Best daytime phone   512.542.9433

---

### Paid preparer's use only

Check if you are self-employed . . . . . . . . . ☐

Preparer's name   _____

Preparer's SSN/PTIN   _____

Preparer's signature   _____

Date   _____

Firm's name (or yours if self-employed)   _____

EIN   _____

Address   _____

Phone   _____

City   _____   State   _____

ZIP code   _____

QBMT2902   02/25/09

970309

# Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors

OMB No. 1545-0029

Calendar Year _____ (Also check quarter) Department of the Treasury – Internal Revenue Service

Employer identification number  74-2764646

Name (not your trade name)  St. Gumbeaux Inc.

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 (or Form 941-SS), DO NOT change your tax liability by adjustments reported on any Forms 941-X. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Publication 15 (Circular E), Employer's Tax Guide, for details.

**Report for this Quarter**
- [ ] 1: January, February, March
- [X] 2: April, May, June
- [ ] 3: July, August, September
- [ ] 4: October, November, December

## Month 1

| # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|
| 1 | | 9 | | 17 | 7,808.28 | 25 | |
| 2 | | 10 | | 18 | | 26 | |
| 3 | 8,002.77 | 11 | | 19 | | 27 | |
| 4 | | 12 | | 20 | | 28 | |
| 5 | | 13 | | 21 | | 29 | |
| 6 | | 14 | | 22 | | 30 | |
| 7 | | 15 | | 23 | | 31 | |
| 8 | | 16 | | 24 | | | |

**Tax liability for Month 1**  15,811.05

## Month 2

| # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|
| 1 | 7,785.74 | 9 | | 17 | | 25 | |
| 2 | | 10 | | 18 | | 26 | |
| 3 | | 11 | | 19 | | 27 | |
| 4 | | 12 | | 20 | | 28 | |
| 5 | | 13 | | 21 | | 29 | 7,634.35 |
| 6 | | 14 | | 22 | | 30 | |
| 7 | | 15 | 7,668.65 | 23 | | 31 | |
| 8 | | 16 | | 24 | | | |

**Tax liability for Month 2**  23,088.74

## Month 3

| # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|
| 1 | | 9 | | 17 | | 25 | |
| 2 | | 10 | | 18 | | 26 | 6,615.25 |
| 3 | | 11 | | 19 | | 27 | |
| 4 | | 12 | 7,570.32 | 20 | | 28 | |
| 5 | | 13 | | 21 | | 29 | |
| 6 | | 14 | | 22 | | 30 | |
| 7 | | 15 | | 23 | | 31 | |
| 8 | | 16 | | 24 | | | |

**Tax liability for Month 3**  14,185.57

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter
Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).  ►

**Total liability for the quarter**  53,085.36

BAA  For Paperwork Reduction Act Notice, see separate instructions.

QBMA3001  02/25/09

Schedule B (Form 941) Rev. 2-2009

COPY

Form **941 for 2009:** Employer's QUARTERLY Federal Tax Return
(Rev. January 2009)

970109

Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

**(EIN)**
Employer identification number  74-2764646

Name (not your trade name)  St. Gumbeaux Inc.

Trade name (if any)

Address  3015 Westlake Dr

Austin                              TX      78746

**Report for this Quarter of 2009** (Check one.)

- [ ] 1: January, February, March
- [ ] 2: April, May, June
- [X] 3: July, August, September
- [ ] 4: October, November, December

QBMT2901  02/25/09

## Part 1: Answer these questions for this quarter.

| | | | |
|---|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4) ...... | 1 | 51 |
| 2 | Wages, tips, and other compensation ................................................ | 2 | 209,834.86 |
| 3 | Income tax withheld from wages, tips, and other compensation .......................... | 3 | 10,834.64 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax ............. [ ] Check and go to line 6. | | |

5 Taxable social security and Medicare wages and tips:

| | | Column 1 | | Column 2 |
|---|---|---|---|---|
| 5a | Taxable social security wages ..... | 147,896.61 | x .124 = | 18,339.18 |
| 5b | Taxable social security tips ....... | 61,938.25 | x .124 = | 7,680.34 |
| 5c | Taxable Medicare wages & tips ... | 209,834.86 | x .029 = | 6,085.21 |

| | | | |
|---|---|---|---|
| 5d | Total social security and Medicare taxes (Column 2, lines 5a + 5b + 5c = line 5d) .......... | 5d | 32,104.73 |
| 6 | Total taxes before adjustments (lines 3 + 5d = line 6) ................................. | 6 | 42,939.37 |

7 CURRENT QUARTER'S ADJUSTMENTS, for example, a fractions of cents adjustment.
See the instructions.

| | | | |
|---|---|---|---|
| 7a | Current quarter's fractions of cents .................................... | | -0.15 |
| 7b | Current quarter's sick pay ............................................ | | |
| 7c | Current quarter's adjustments for tips and group-term life insurance ........... | | |
| 7d | TOTAL ADJUSTMENTS. Combine all amounts on lines 7a through 7c ..................... | 7d | -0.15 |
| 8 | Total taxes after adjustments. Combine lines 6 and 7d ............................ | 8 | 42,939.22 |
| 9 | Advance earned income credit (EIC) payments made to employees .................. | 9 | |
| 10 | Total taxes after adjustment for advance EIC (line 8 - line 9 = line 10) .......................... | 10 | 42,939.22 |
| 11 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayment applied from Form 941-X or Form 944-X | 42,939.22 | |
| 12a | COBRA premium assistance payments (see instructions) ................. | | |
| 12b | Number of individuals provided COBRA premium assistance reported on line 12a .................... | | |
| 13 | Add lines 11 and 12a ............................................... | 13 | 42,939.22 |
| 14 | Balance due. If line 10 is more than line 13, enter the difference here .......................... | 14 | |
| | For information on how to pay, see the instructions. | | |
| 15 | Overpayment. If line 13 is more than line 10, enter the difference here .... | Check one [ ] Apply to next return. [ ] Send a refund. | |

► You MUST complete both pages of Form 941 and SIGN it.

Next ►

For Privacy Act and Paperwork Reduction Act Notice, see the Payment Voucher.        BAA        Form 941 (Rev. 1-2009)

COPY

970209

Form 941 (Rev. 2009) page 2

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| St. Gumbeaux Inc. | 74-2764646 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

16   TX   Enter the state abbreviation for the state where you made your deposits OR enter "MU" if you made your deposits in multiple states.

17   Check one:   ☐   Line 10 is less than $2,500. Go to Part 3.

☐   You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month. Then go to Part 3.

Tax liability:   Month 1   _____

Month 2   _____

Month 3   _____

Total liability for quarter   _____   Total must equal line 10.

☒   You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

18   If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages _____

19   If you are a seasonal employer and you do not have to file a return for every quarter of the year . . . . . . . . . . . . . ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See instructions for details.

☐   Yes.  Designee's name and phone number   _____   _____

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS.   _____

☐   No.

## Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶   Sign your name here   _____

Print your name here   Michael Quigly

Print your title here   President

Date   10/28/09

Best daytime phone   _____

### Paid preparer's use only

Check if you are self-employed . . . . . . . . . . ☐

| Preparer's name | _____ | Preparer's SSN/PTIN | _____ |
|---|---|---|---|
| Preparer's signature | _____ | Date | _____ |
| Firm's name (or yours if self-employed) | _____ | EIN | _____ |
| Address | _____ | Phone | _____ |
| City | _____ | State _____ | ZIP code | _____ |

QBMT2902   02/25/09

# Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors

OMB No. 1545-0029

970309

Case 1:16-cv-00459-SS Document 27 Filed 03/08/17 Page 78 of 119

Calendar Year

Employer identification number  74-2764646

Name (not your trade name)  St. Gumbeaux Inc.

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 (or Form 941-SS), DO NOT change your tax liability by adjustments reported on any Forms 941-X. You must fill out this form and attach it to Form 941 or Form 941-SS if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Publication 15 (Circular E), Employer's Tax Guide, for details.

1: January, February, March
2: April, May, June
3: July, August, September   [X]
4: October, November, December

## Month 1

| | | | | Tax liability for Month 1 |
|---|---|---|---|---|
| 1 | 9 | 17 | 25 | |
| 2 | 10  6,956.70 | 18 | 26 | 13,554.77 |
| 3 | 11 | 19 | 27 | |
| 4 | 12 | 20 | 28 | |
| 5 | 13 | 21 | 29 | |
| 6 | 14 | 22 | 30 | |
| 7 | 15 | 23 | 31 | |
| 8 | 16 | 24  6,598.07 | | |

## Month 2

| | | | | Tax liability for Month 2 |
|---|---|---|---|---|
| 1 | 9 | 17 | 25 | |
| 2 | 10 | 18 | 26 | 14,714.37 |
| 3 | 11 | 19 | 27 | |
| 4 | 12 | 20 | 28 | |
| 5 | 13 | 21  7,537.50 | 29 | |
| 6 | 14 | 22 | 30 | |
| 7  7,176.87 | 15 | 23 | 31 | |
| 8 | 16 | 24 | | |

## Month 3

| | | | | Tax liability for Month 3 |
|---|---|---|---|---|
| 1 | 9 | 17 | 25 | |
| 2 | 10 | 18  7,206.56 | 26 | 14,670.08 |
| 3 | 11 | 19 | 27 | |
| 4  7,463.52 | 12 | 20 | 28 | |
| 5 | 13 | 21 | 29 | |
| 6 | 14 | 22 | 30 | |
| 7 | 15 | 23 | 31 | |
| 8 | 16 | 24 | | |

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter
Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

▶

| Total liability for the quarter |
|---|
| 42,939.22 |

BAA  For Paperwork Reduction Act Notice, see separate instructions.

QBMA3001  02/25/09

Schedule B (Form 941) Rev. 2-2009

Form **941** for 2009: **Employer's QUARTERLY Federal Tax Return**

Form 941 (Rev. April 2009)
Department of the Treasury — Internal Revenue Service

950109

OMB No. 1545-0029

| | | |
|---|---|---|
| (EIN) Employer identification number | 74-2764646 | |
| Name (not your trade name) | St. Gumbeaux Inc. | |
| Trade name (if any) | | |
| Address | 3015 Westlake Dr | |
| | Austin | TX 78746 |

**Report for this Quarter of 2009** (Check one.)

- [ ] 1: January, February, March
- [ ] 2: April, May, June
- [ ] 3: July, August, September
- [X] 4: October, November, December

QBMT2901 11/14/09

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

| | | |
|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), *Dec. 12* (Quarter 4) . . . . . . **1** | 0 |
| 2 | Wages, tips, and other compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2** | 89,312.30 |
| 3 | Income tax withheld from wages, tips, and other compensation . . . . . . . . . . . . . . . . **3** | 1,978.55 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax . . . . . . . [ ] Check and go to line 6. | |
| 5 | Taxable social security and Medicare wages and tips: | |

| | | Column 1 | | Column 2 |
|---|---|---|---|---|
| 5a | Taxable social security wages . . . . . | 52,349.25 | x .124 = | 6,491.31 |
| 5b | Taxable social security tips . . . . . . | 36,963.05 | x .124 = | 4,583.42 |
| 5c | Taxable Medicare wages & tips . . . | 89,312.30 | x .029 = | 2,590.06 |

| | | |
|---|---|---|
| 5d | Total social security and Medicare taxes (*Column 2, lines 5a + 5b + 5c = line 5d*) . . . . . . . . . **5d** | 13,664.79 |
| 6 | Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . . . . . . . **6** | 15,643.34 |
| 7 | **CURRENT QUARTER'S ADJUSTMENTS,** for example, a fractions of cents adjustment. See the instructions. | |
| 7a | Current quarter's fractions of cents . . . . . . . . . . . . . . . . . . . | |
| 7b | Current quarter's sick pay . . . . . . . . . . . . . . . . . . . . . . . . | |
| 7c | Current quarter's adjustments for tips and group-term life insurance . . . . . . . . . . | |
| 7d | **TOTAL ADJUSTMENTS.** Combine all amounts on lines 7a through 7c . . . . . . . . . . . . **7d** | |
| 8 | Total taxes after adjustments. Combine lines 6 and 7d . . . . . . . . . . . . . . . . . . . . **8** | 15,643.34 |
| 9 | Advance earned income credit (EIC) payments made to employees . . . . . . . . . . . . . . **9** | |
| 10 | Total taxes after adjustment for advance EIC (line 8 - line 9 = line 10) . . . . . . . . . . . . **10** | 15,643.34 |
| 11 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayment applied from Form 941-X or Form 944-X . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 12a | COBRA premium assistance payments (see instructions) . . . . . . . . . . . . . . . | |
| 12b | Number of individuals provided COBRA premium assistance reported on line 12a . . . . . . . . . . . . . . . | |
| 13 | Add lines 11 and 12a . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13** | |
| 14 | Balance due. If line 10 is more than line 13, enter the difference here . . . . . . . . . . . . . . . . **14** For information on how to pay, see the instructions. | 15,643.34 |
| 15 | Overpayment. If line 13 is more than line 10, enter the difference here . . . . Check one [ ] Apply to next return. [ ] Send a refund. | |

► You MUST complete both pages of Form 941 and SIGN it.

Next ►

For Privacy Act and Paperwork Reduction Act Notice, see the Payment Voucher. BAA

Form **941** (Rev. 4-2009)

950209

Form 941 (Rev. 2008) page 2

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| St. Gumbeaux Inc. | 74-2764646 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15* (*Circular E*), section 11.

16  TX  Enter the state abbreviation for the state where you made your deposits OR enter "MU" if you made your deposits in *multiple* states.

17  Check one:  ☐  Line 10 is less than $2,500. Go to Part 3.

☐  You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month. Then go to Part 3.

Tax liability:   Month 1   _____

Month 2   _____

Month 3   _____

Total liability for quarter   _____   Total must equal line 10.

☒  You were a semiweekly schedule depositor for any part of this quarter. Complete *Schedule B* (Form 941): *Report of Tax Liability for Semiweekly Schedule Depositors*, and attach it to Form 941.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

18  If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒  Check here, and

enter the final date you paid wages   10/31/2009  .

19  If you are a seasonal employer and you do not have to file a return for every quarter of the year  . . . . . . . . . . . . . ☐  Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See instructions for details.

☐  Yes.  Designee's name and phone number   _____

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS.   _____

☐  No.

## Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Sign your name here   *[signature]* President

Print your name here   *Michael Quigly*

Print your title here   *President*

Date   01/25/2010

Best daytime phone   _____

---

### Paid preparer's use only

Check if you are self-employed . . . . . . . . . ☐

| | |
|---|---|
| Preparer's name   _____ | Preparer's SSN/PTIN   _____ |
| Preparer's signature   _____ | Date   _____ |
| Firm's name (or yours if self-employed)   _____ | EIN   _____ |
| Address   _____ | Phone   _____ |
| City   _____   State   ____ | ZIP code   _____ |

QBMT2902   11/14/09

970309

# Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors

OMB No. 1545-0029

Calendar year 2005

Department of the Treasury — Internal Revenue Service

Employer identification number  74-2764646

Name (not your trade name)  St. Gumbeaux Inc.

Report for this Quarter

- 1: January, February, March
- 2: April, May, June
- 3: July, August, September
- 4: October, November, December   [X]

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 (or Form 941-SS), DO NOT change your tax liability by adjustments reported on any Forms 941-X. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Publication 15 (Circular E), Employer's Tax Guide, for details.

## Month 1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | 9 | | 17 | | 25 | | **Tax liability for Month 1** |
| 2 | 2,641.91 | 10 | | 18 | | 26 | | 11,837.87 |
| 3 | | 11 | | 19 | | 27 | | |
| 4 | | 12 | | 20 | | 28 | | |
| 5 | | 13 | | 21 | | 29 | | |
| 6 | | 14 | | 22 | | 30 | 5,571.79 | |
| 7 | | 15 | | 23 | | 31 | | |
| 8 | | 16 | 3,624.17 | 24 | | | | |

## Month 2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | 9 | | 17 | | 25 | | **Tax liability for Month 2** |
| 2 | | 10 | | 18 | | 26 | | 3,805.47 |
| 3 | | 11 | | 19 | | 27 | | |
| 4 | | 12 | | 20 | | 28 | | |
| 5 | | 13 | 3,805.47 | 21 | | 29 | | |
| 6 | | 14 | | 22 | | 30 | | |
| 7 | | 15 | | 23 | | 31 | | |
| 8 | | 16 | | 24 | | | | |

## Month 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | 9 | | 17 | | 25 | | **Tax liability for Month 3** |
| 2 | | 10 | | 18 | | 26 | | |
| 3 | | 11 | | 19 | | 27 | | |
| 4 | | 12 | | 20 | | 28 | | |
| 5 | | 13 | | 21 | | 29 | | |
| 6 | | 14 | | 22 | | 30 | | |
| 7 | | 15 | | 23 | | 31 | | |
| 8 | | 16 | | 24 | | | | |

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter ►

Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

**Total liability for the quarter**

15,643.34

BAA  For Paperwork Reduction Act Notice, see separate instructions.  QBMA3001  02/25/09  Schedule B (Form 941) Rev: 2-2009

COPY

Department of the Treasury
Internal Revenue Service
12301 RESEARCH BLVD, BLDG 1V
M/S 5220 AUNW
AUSTIN, TX 78759

Document 27-3   Filed 03/08/17   Page 82 of 119

March 1, 2012 Via Certified Mail   #7010 3090 0001 9504 9501

Date:
 02/10/2012
Re: Your Inquiry dated
 12/20/2011
Taxpayer Identification number:
 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
Tax period:
 2009

MICHAEL G QUIGLEY
3015 WESTLAKE DR
AUSTIN, TX 78746-1906

Mr. Quigley

I have reviewed your request that you submitted on December 20, 2011 regarding the Trust Fund Penalty Assessed against you and the assessments from St. Gumbo's Inc 74-2764646 will not be removed. The information you provided does not contain any new information that we have not already discussed. You had the opportunity to submit a formal protest within 30 days from when the Trust Fund Recovery Penalty was originally assessed, but no protest was received. Unfortunately the response time has since expired.

 If you still believe the trust fund amount was assessed in error you have two (2) options. You may contact the Taxpayers Advocate Office at 1-877-777-4778 or the Appeals Office see Publication 1 Your Rights as a Taxpayer.

The current amount due is as follows:

| Form | Year | Balance | Interest | Penalty | Total |
|------|------|---------|----------|---------|-------|
| 1040 | 12/31/2009 | 10486.55 | 449.66 | 1320.83 | 12257.04 |
| 941 | 03/31/2009 | 9959.45 | 152.21 | | 10111.66 |
| 941 | 06/30/2009 | 25013.04 | 382.99 | | 25396.03 |
| 941 | 09/30/2009 | 10910.23 | 167.05 | | 11077.28 |
| 941 | 12/31/2009 | 8794.92 | 134.67 | | 8929.59 |

Your telephone number:

(512)464-3439

Best time to call during normal working hours:

 7:00 am to 3:30 pm

DEBORAH J. FLEMING
Signature

01-245802
Employee Number

REVENUE OFFICER
Title

Form 5260 (Rev 10-2010)      Catalog Number 42405F      Department of the Treasury
                                                         Internal Revenue Service

QUIGLEY000062

March 1, 2012 Via Certified Mail  #7010 3090 0001 9504 9501

EIN 74-2764646        TFRP   Pay sheet        Fri Feb 10 09:01:26 2012

| TC | TC-dt | TC-amt | Tax Only | Employer | Employee | IncTaxWith | TrustFundP |
|---|---|---|---|---|---|---|---|
| 200806 | 0.00 | | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| 650.0 | 04/10/2008 | -8171.20 00 | 8171.20 | 8171.20 | 0.00 | 0.00 | 0.00 |
| 650.0 | 04/23/2008 | -8162.15 00 | 16333.35 | 16333.35 | 0.00 | 0.00 | 0.00 |
| 650.0 | 05/07/2008 | -8633.15 00 | 24966.50 | 20815.83 | 4150.67 | 0.00 | 4150.67 |
| 650.0 | 05/28/2008 | -8448.32 00 | 33414.82 | 20815.83 | 12598.99 | 0.00 | 12598.99 |
| 650.0 | 06/04/2008 | -8980.90 00 | 42395.72 | 20815.83 | 20815.83 | 764.06 | 21579.89 |
| 650.0 | 06/18/2008 | -8354.02 00 | 50749.74 | 20815.83 | 20815.83 | 9118.08 | 29933.91 |
| 650.0 | 07/02/2008 | -8065.50 00 | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| 150.0 | 08/11/2008 | 58815.24 | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| 186.0 | 08/11/2008 | 585.84 | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| 670.0 | 04/09/2009 | -263.03 00 | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| 360.0 | 11/30/2009 | 42.00 00 | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| 360.0 | 04/12/2010 | 62.00 00 | 58815.24 | 20815.83 | 20815.83 | 17183.58 | 37999.41 |
| Period Balance | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Balance Sub-totals | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 200812 | 0.00 | | 54999.55 | 19796.30 | 19796.30 | 15406.95 | 35203.25 |
| 650.0 | 10/08/2008 | -7841.55 00 | 7841.55 | 7841.55 | 0.00 | 0.00 | 0.00 |
| 650.0 | 10/22/2008 | -7689.17 00 | 15530.72 | 15530.72 | 0.00 | 0.00 | 0.00 |
| 650.0 | 11/05/2008 | -7534.03 00 | 23064.75 | 19796.30 | 3268.45 | 0.00 | 3268.45 |
| 650.0 | 11/26/2008 | -7925.17 00 | 30989.92 | 19796.30 | 11193.62 | 0.00 | 11193.62 |
| 650.0 | 12/03/2008 | -8337.32 00 | 39327.24 | 19796.30 | 19530.94 | 0.00 | 19530.94 |
| 650.0 | 12/17/2008 | -7190.08 00 | 46517.32 | 19796.30 | 19796.30 | 6924.72 | 26721.02 |
| 670.0 | 01/12/2009 | -8482.23 00 | 54999.55 | 19796.30 | 19796.30 | 15406.95 | 35203.25 |
| 150.0 | 02/09/2009 | 54999.55 | 54999.55 | 19796.30 | 19796.30 | 15406.95 | 35203.25 |
| 186.0 | 02/09/2009 | 820.37 | 54999.55 | 19796.30 | 19796.30 | 15406.95 | 35203.25 |
| Period Balance | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Balance Sub-totals | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 200903 | 9917.45 | | 48836.08 | 17541.52 | 17541.53 | 13753.03 | 31294.56 |
| 650.0 | 01/23/2009 | -7161.80 00 | 7161.80 | 7161.80 | 0.00 | 0.00 | 0.00 |
| 650.0 | 01/28/2009 | -7152.70 00 | 14314.50 | 14314.50 | 0.00 | 0.00 | 0.00 |
| 650.0 | 02/11/2009 | -8582.29 00 | 22896.79 | 17541.52 | 5355.27 | 0.00 | 5355.27 |
| 650.0 | 03/11/2009 | -5000.00 00 | 27896.79 | 17541.52 | 10355.27 | 0.00 | 10355.27 |

QUIGLEY000063

March 1, 2012 Via Certified Mail   #7010 3090 0001 9504 9501

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 650 | 0 | 04/03/2009 | -6000.00 00 | 33896.79 | 17541.52 | 16355.27 | 0.00 | 16355.27 |
| 650 | 0 | 04/08/2009 | -5021.84 00 | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 150 | 0 | 06/08/2009 | 48836.08 | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 186 | 0 | 06/08/2009 | 2030.21 | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 196 | 0 | 06/08/2009 | 42.48 | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 276 | 0 | 06/08/2009 | 99.17 00 | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 186 | 0 | 07/13/2009 | 495.87 | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| Period Balance | | | | 9917.45 | 0.00 | 0.00 | 9917.45 | 9917.45 |
| Balance Sub-totals | | | | 9917.45 | 0.00 | 0.00 | 9917.45 | 9917.45 |
| 200906 | | 25013.04 | | 53085.36 | 19670.54 | 19670.54 | 13744.28 | 33414.82 |
| 650 | 0 | 04/29/2009 | -7972.77 00 | 7972.77 | 7972.77 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 05/06/2009 | -1999.36 00 | 9972.13 | 9972.13 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 05/06/2009 | -2344.79 00 | 12316.92 | 12316.92 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 05/28/2009 | -4816.45 00 | 17133.37 | 17133.37 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 06/03/2009 | -4776.58 00 | 21909.95 | 19670.54 | 2239.41 | 0.00 | 2239.41 |
| 650 | 0 | 06/17/2009 | -2007.30 00 | 23917.25 | 19670.54 | 4246.71 | 0.00 | 4246.71 |
| 650 | 0 | 07/01/2009 | -1694.89 00 | 25612.14 | 19670.54 | 5941.60 | 0.00 | 5941.60 |
| 650 | 0 | 07/01/2009 | -2460.18 00 | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 150 | 0 | 11/16/2009 | 53085.36 | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 186 | 0 | 11/16/2009 | 3148.99 | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 196 | 0 | 11/16/2009 | 297.79 | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 276 | 0 | 11/16/2009 | 375.20 00 | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 186 | 0 | 12/21/2009 | 1250.65 | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| Period Balance | | | | 25013.04 | 0.00 | 11268.76 | 13744.28 | 25013.04 |
| Balance Sub-totals | | | | 34930.49 | 0.00 | 11268.76 | 23661.73 | 34930.49 |
| 200909 | | 10910.23 | | 42939.22 | 16052.29 | 16052.29 | 10834.64 | 26886.93 |
| 650 | 0 | 07/09/2009 | -548.40 00 | 548.40 | 548.40 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 07/09/2009 | -4933.52 00 | 5481.92 | 5481.92 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 07/15/2009 | -4394.94 00 | 9876.86 | 9876.86 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 07/29/2009 | -6598.07 00 | 16474.93 | 16052.29 | 422.64 | 0.00 | 422.64 |
| 650 | 0 | 08/12/2009 | -2181.79 00 | 18656.72 | 16052.29 | 2604.43 | 0.00 | 2604.43 |
| 650 | 0 | 08/12/2009 | -510.28 00 | 19167.00 | 16052.29 | 3114.71 | 0.00 | 3114.71 |
| 650 | 0 | 08/12/2009 | -1792.73 00 | 20959.73 | 16052.29 | 4907.44 | 0.00 | 4907.44 |
| 650 | 0 | 08/26/2009 | -1861.50 00 | 22821.23 | 16052.29 | 6768.94 | 0.00 | 6768.94 |
| 650 | 0 | 08/26/2009 | -2300.09 00 | 25121.32 | 16052.29 | 9069.03 | 0.00 | 9069.03 |
| 650 | 0 | 08/26/2009 | -537.91 00 | 25659.23 | 16052.29 | 9606.94 | 0.00 | 9606.94 |

QUIGLEY000064

R 2/20/12

NAME:  MICHAEL G & FRANCINE G QUIGLEY          TIN: 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

| MFT | TAX PERIOD | RESTRICT | MOD BALANCE | ACCRUED INTEREST | ACCRUED FTP | MOD TOTAL |
|---|---|---|---|---|---|---|
| 30 | 200912 |   | $10,486.55 | $449.66 | $1,320.83 | $12,257.04 |
| 55 | 200903 | F | $9,959.45 | $152.21 | $0.00 | $10,111.66 |
| 55 | 2~~March 1, 2012 Via Certified Mail #70~~ | | ~~10 3090 0001 9504 9501~~ | | $0.00 | $25,396.03 |
| 55 | 200909 | F | $10,910.23 | $167.05 | $0.00 | $11,077.28 |
| 55 | 200912 | F | $8,794.92 | $134.67 | $0.00 | $8,929.59 |
| TOTALS: | | | $65,164.19 | $1,286.58 | $1,320.83 | $67,771.60 |

March 1, 2012 Via Certified Mail #7010 3090 0001 9504 9501

PAGE     1
Sensitive But Unclassified

QUIGLEY000065



**Department of the Treasury**
**Internal Revenue Service**
**Appeals Office**
8701 S Gessner Road
Suite 750, Stop 8000HAL
Houston, TX 77074-2944

MICHAEL G QUIGLEY
3015 WESTLAKE DR
AUSTIN, TX 78746-1906

Date:
07/022014
Taxpayer ID number:
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
Re:
Offer in Compromise
Tax period(s) ended:
03/2009 06/2009 09/2009 12/2009
Person to contact:
Name: Richard Spies
Employee number: 100013005
Telephone: 281-721-7245
Fax: 281-721-7220

Dear Mr. Quigley:

This refers to your offer in the amount of $850.74, dated June 21, 2013, to compromise your liability for the tax period(s) ending:

03/2009, 06/2009, 09/2009, 12/2009

You submitted an offer based upon doubt as to liability. Doubt as to liability exists where there is a genuine dispute as to the existence or amount of the correct debt under the tax law. We're sorry, but the IRS rejection of your offer is sustained because we did not come to an agreement about doubt as to the liability that you owe for the specified tax period(s).

If you have questions, you can contact the person whose name and telephone number are shown above.

Thank you for your cooperation.

Sincerely,

Richard Spies
Appeals Officer

cc: John P Krueger

**Letter 5197 (7-2013)**
Catalog Number 62928H

QUIGLEY000158

**Internal Revenue Service**
12309 N MOPAC EXPWY
STE 200, MS 5220 AUNW
AUSTIN, TX 78758

**Department of the Treasury**

*To: John Ferguson*

MICHAEL E QUIGLEY
PO BOX 50022
AUSTIN, TX 78763

**Taxpayer Identification Number:**
  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
**Kind of Tax:**
  Civil Penalties
**Tax Period(s) Ended:**
  55/200903, 55/200906, 55/200909, 55/200912
**Person to Contact:**
  NESTOR  PORTILLO
**Employee Identification Number:**
  1000099046
**Telephone Number:**
  (512)339-5312
**Date:**
  10/20/2015

We regret to tell you that the information you provided on 09/04/2015 does not establish reasonable cause for adjusting the penalty shown above.  This is your official notice that your request for penalty adjustment is denied.

The following information will help you if you want to pursue your request for penalty abatement or if you want to appeal our decision.

APPEALS PROCEDURES

If you want to receive further consideration by an Appeals Officer, file a brief written statement of the disputed issues with the person named above.  Include any additional information in your statement that you want the Appeals Officer to consider.  If you do not provide additional information now, you can still receive consideration by an Appeals Officer.  However, providing additional information now may expedite processing.  A written statement is required on all appeals to change a penalty that has been assessed, as required by Treasury Regulations Section 601.106(a)(1)(ii)(c).  It should include:

  1. A statement that you want to appeal the findings.
  2. Your name and address.
  3. A statement of facts supporting your position in any disputed issues.

The statement of facts, under 3 above, should be detailed and complete, including specific dates, names, amounts, locations, etc.  It must declare that the statement of facts is true under penalties of perjury.  You may do this by adding to the statement the following signed declaration:

> "Under penalties of perjury, I declare that the facts presented in my statement of disputed issues, which are set out in the accompanying statement of facts, schedules, and other attached statements are, to the best of my knowledge and belief, true, correct, and complete."

We must receive the statement within 15 days from the date on this letter.  Direct your response to the person named above at the return address on this letter.  Please include your phone number in your reply.

Even though you may be requesting Appeals consideration, we will first review your additional information to determine whether the penalty should be removed or reduced.  If your appeal cannot be immediately resolved with the additional information, we will forward your written statement to Appeals.

REPRESENTATION:

An attorney, certified public accountant, or person enrolled to practice before the Internal Revenue Service may represent you. If you want someone to represent you but have not provided us with a current authorization for this, attach a completed Form 2848, Power or Attorney and Declaration of Representative, or Form 8821, Tax Information Authorization (or similar authorization), to your written statement.

Forms, instructions, and Treasury Department Circular 230, Regulations Governing the Practice of Attorneys, Certified Public Accountants, and Enrolled Agents Before the Internal Revenue Service, are available from any Internal Revenue Service office.

OTHER INFORMATION:

If tax and interest are also due on your account, we may continue collection action even if you appeal the penalty. If you decide to appeal the penalty, you may pay the amount you owe on your account now to avoid additional interest and penalties on the tax amount and additional interest on the penalty amount. If the Appeals Officer determines that you are not required to pay the penalty, we will adjust your account and issue a refund for any amount due you.

If you do not appeal, you may file a claim for refund after you pay the penalty. If you want to take your case to court immediately, you should request in writing, when you file your claim for refund, that you want it to be immediately rejected. We will then issue you a notice of disallowance. You will have two years from the date of the notice of disallowance to bring suit in the United States District Court having jurisdiction or in the United States Claims Court.

If you have questions about this letter, you may call the contact person named above at the telephone number shown.

Sincerely,

NESTOR PORTILLO
REVENUE OFFICER

Enclosure:
Self-addressed reply envelope

Letter 2413(P)(Rev. 6-91)

QUIGLEY000162

Appeals Office
300 East 8th Street, Ste 400-SS
STOP 8000 AUS
Austin, TX 78701

Person to Contact:
Jean E Wilson
Employee ID Number: 245941
Tel:  512-499-5719
Fax: 855-462-3131
Refer Reply to:
AP:FW:AUS:JEW
In Re:
Collection Due Process - Lien
Tax Period(s) Ended:
03/2011 06/2011 09/2011
12/2010

Date:  5-6-14

Michael Quigley
CLUBQUIG II LLC
PO BOX 50022
AUSTIN TX  78763-0022

Dear Taxpayer:

I have approved Form 12257, *Summary Notice of Determination, Waiver of Right to Judicial Review of a Collection Process Determination, and Waiver of Suspension of Levy Action*, which you signed indicating you are in agreement with the resolution reached in your Collection Due Process hearing for the period(s) shown above.  A copy of Form 12257 is enclosed for your records.

The information regarding the agreement you reached with Appeals has been detailed on the enclosed Form 12257.

If you have any questions, please contact the person named above at the telephone number provided.

Sincerely,

Deborah L Ross
Appeals Team Manager

cc: John P Krueger

JF

QUIGLEY000172

Form **12257**
(September 2012)

Department of the Treasury - Internal Revenue Service

## Summary Notice of Determination, Waiver of Right to Judicial Review of a Collection Due Process Determination, Waiver of Suspension of Levy Action, and Waiver of Periods of Limitation in Section 6330(e)(1)

Taxpayer name(s)
CLUBQUIG II LLC

Address *(street)*
PO BOX 50022

| City | State | Zip code |
|------|-------|----------|
| AUSTIN | TEXAS | 78763-0022 |

Type of tax/tax form
 Employment / 941 - 940

Tax period(s)
03/2011, 06/2011, 09/2011 and 12/2010

Social Security/Employer Identification Number(s)
 27-1743552

This waiver concerns the following Collection Due Process (CDP) Notice(s):

☒ Notice of Federal Tax Lien Filing and Your Right to a Hearing *(IRC Section 6320)*

☐ Notice of Intent to Levy and Your Right to a Hearing *(IRC Section 6330)*

I understand that IRC Sections 6320 and 6330 require the Office of Appeals to issue a Notice of Determination after a CDP Hearing. Those sections allow me 30 days to seek judicial review of Appeals determination with Tax Court. A longer period may apply to file a lawsuit with the Tax Court to contest determinations by Appeals regarding innocent spouse (section 6015) or interest abatement (section 6404).

I understand that, if I have requested an IRC Section 6330 hearing, the IRS may not levy to collect the taxes at issue for the period of the hearing, during the 30-day period for seeking judicial review of Appeals' determination and while any timely-requested appeal is pending *(unless an exception to the levy prohibition applies)*. If I have only requested an IRC Section 6320 hearing, the IRS may not levy unless an exception to the levy prohibition applies or I already have been given my IRC Section 6330 hearing rights.

I agree that the Appeals determination shown on the following page, as a Summary Notice of Determination, is appropriate and correct. Because of my agreement, I recognize there is no need for judicial review of the determination, or for the continuation of the levy prohibition or suspension of the statute of limitation on collection and other suspended periods referred to in section 6330(e)(1).

- I waive my right under Sections 6320 and 6330 to request judicial review of an Appeals' Notice of Determination.
- I waive the 30-day suspension of levy action described in section 6330(e)(1) if I have requested an IRC Section 6330 hearing.
- I waive the 30-day suspension of the statute of limitations on collection and other suspended periods referred to in section 6330(e)(1).

If, in accordance with the Appeals' determination, I entered into an offer in compromise, installment agreement, or other collection alternative, I understand that the IRS will not levy my property so long as I comply with the terms of the Appeals' determination, unless levy action is part of the Appeals' determination. If I fail to abide by the terms of the Appeals' determination, the IRS may begin enforced collection actions, including the filing of a lien and/or a levy.

I do not waive my right under Appeals' retained jurisdiction to receive another hearing with Appeals if I disagree with the IRS over how it followed the Appeals' determination.

I do not waive my right under Appeals retained jurisdiction to receive another hearing with Appeals if my circumstances change in a way that affects this determination. I understand that I must first exhaust my administrative remedies before I request a hearing.

QUIGLEY000173

I do not give up any other administrative appeal rights I'm entitled to, such as appeal rights under the Collection Appeals Program (CAP).

My agreement to the Summary Notice of Determination shown below, to waive judicial review and to waive the suspension of levy action under section 6330(e)(1) is effective upon the written approval by a person in the Office of Appeals with authority to bind the IRS to (1) the installment agreement, offer in compromise or other collection alternative I have requested, (2) the Summary Notice of Determination shown below, and (3) any other agreement described in the Summary Notice of Determination that has been signed by me and requires separate written approval.

Appeals has verified whether applicable laws and administrative procedures have been met, has considered the issues raised, and has balanced the proposed collection action with the legitimate concerns that such action be no more intrusive than necessary as required by IRC Section 6330(c)(3).

The determination of Appeals is:

The Notice of Federal Tax Lien is sustained, however Appeals has determined that the taxpayer's account should be placed into currently not collectible status. This taxpayer is a defunct business. There are no assets from which to collect, and the business has ceased to exist. This is an out of business entity. This status does not absolve the taxpayer of the debt nor does it stop the accrual of penalties and interest on the liabilities.

Appeals has also determined that all payments made to this taxpayer's account proceeds of the sale of the owners' personal residence will be moved and applied to the individuals' personal tax liabilities, pursuant to Treasury Regulation 301.7701 (2) (c).

The taxpayer is encouraged to make voluntary payments whenever possible to reduce the liability.

Any tax refunds that the taxpayer is due will be applied to the outstanding balance.

This status will stop all collection activity. If the taxpayer resumes operations in the future, the Service will contact the taxpayer and collection action considerations will resume, at the discretion of Compliance.

| | Date |
|---|---|
| Taxpayer's signature | |
| Spouse's signature *(if applicable)* | Date |
| Signature of Taxpayer's Authorized Representative *(if applicable)* | Date 5/1/14 |
| Team Manager, Office of Appeals | Date 5-6-14 |

Catalog Number 27780L                    www.irs.gov                    Form **12257** (Rev. 9-2012)

QUIGLEY000174

**Internal Revenue Service**

**Department of the Treasury**

Date:   FEB 1 5 2011

**Number of this Letter:**
1153

**Person to Contact:**
DEBORAH J. FLEMING

**Employee Number:**
1000245802

MICHAEL G QUIGLEY
3015 WESTLAKE DR
AUSTIN, TX 78746-1906-156

**IRS Contact Address:**
INTERNAL REVENUE SERVICE
12301 RESEARCH BLVD MS 5220 AUNW
RESEARCH PARK PLACE BLDG IV
AUSTIN, TX 78759

**IRS Telephone Number:**
(512) 464-3439 Ext

**Employer Identification Number:**
74-2764646

**Business Name and Address:**
ST GUMBEAUX INC
3015 WESTLAKE DR
AUSTIN, TX 78746-1906-156

*President.*

Dear MR MICHAEL G QUIGLEY,

Our efforts to collect the federal employment or excise taxes due from the business named above have not resulted in full payment of the liability. We therefore propose to assess a penalty against you as a person required to collect, account for, and pay over withheld taxes for the above business.

Under the provisions of Internal Revenue Code section 6672, individuals who were required to collect, account for, and pay over these taxes for the business may be personally liable for a penalty if the business doesn't pay the taxes. These taxes, described in the enclosed Form 2751, consist of employment taxes you withheld (or should have withheld) from the employees' wages (and didn't pay) or excise taxes you collected (or should have collected) from patrons (and didn't pay), and are commonly referred to as "trust fund taxes."

The penalty we propose to assess against you is a personal liability called the Trust Fund Recovery Penalty. It is equal to the unpaid trust fund taxes which the business still owes the government. If you agree with this penalty for each tax period shown, please sign Part 1 of the enclosed Form 2751 and return it to us in the enclosed envelope.

If you don't agree, have additional information to support your case, and wish to try to resolve the matter informally, contact the person named at the top of this letter within ten days from the date of this letter.

You also have the right to appeal or protest this action. To preserve your appeal rights you need to mail us your written appeal within 60 days from the date of this letter (75 days if this letter is addressed to you outside the United States). The instructions below explain how to make the request.

1

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

QUIGLEY000187

7012  2210  0001  9889  9519

## APPEALS

You may appeal your case to the local Appeals Office. Send your written appeal to the attention of the Person to Contact at the address shown at the top of this letter. The dollar amount of the proposed liability for each specific tax period you are protesting affects the form your appeal should take.

For each period you are protesting, if the proposed penalty amount is:

You should:

$25,000 or less

Send a letter listing the issues you disagree with and explain why you disagree. (Small Case Request).

More than $25,000

Submit a formal Written Protest.

One protest will suffice for all the periods listed on the enclosed Form 2751, however if any one of those periods is more than $25,000, a formal protest must be filed. Include any additional information that you want the Settlement Officer/Appeals Officer to consider. You may still appeal without additional information, but including it at this stage will help us to process your request promptly.

**A SMALL CASE REQUEST** should include:

1. A copy of this letter, or your name, address, social security number, and any information that will help us locate your file;

2. A statement that you want an Appeal's conference;

3. A list of the issues you disagree with and an explanation of why you disagree. Usually, penalty cases like this one involve issues of responsibility and willfulness. Willfulness means that an action was intentional, deliberate or voluntary and not an accident or mistake. Therefore, your statement should include a clear explanation of your duties and responsibilities; and specifically, your duty and authority to collect, account for, and pay the trust fund taxes. Should you disagree with how we calculated the penalty, your statement should identify the dates and amounts of payments that you believe we didn't consider and or/ any computation errors that you believe we made.

Please submit two copies of your Small Case Request.

A formal **WRITTEN PROTEST** should include the items below. Pay particular attention to item 6 and the note that follows it.

2

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

QUIGLEY000188

1. Your name, address, and social security number;

2. A statement that you want a conference;

3. A copy of this letter, or the date and number of this letter;

4. The tax periods involved (see Form 2751);

5. A list of the findings you disagree with;

6. A statement of fact, signed under penalties of perjury, that explains why you disagree and why you believe you shouldn't be charged with the penalty. Include specific dates, names, amounts, and locations which support your position. Usually, penalty cases like this one involve issues of responsibility and willfulness. Willfulness means that an action was intentional, deliberate or voluntary and not an accident or mistake. Therefore, your statement should include a clear explanation of your duties and responsibilities; and specifically, your duty and authority to collect, account for, and pay the trust fund taxes. Should you disagree with how we calculated the penalty, your statement should identify the dates and amounts of payments that you believe we didn't consider and/or any computation errors you believe we made;

   **NOTE:**

   To declare that the statement in item 6 is true under penalties of perjury, you must add the following to your statement and sign it:

   "Under penalties of perjury, I declare that I have examined the facts presented in this statement and any accompanying information, and, to the best of my knowledge and belief, they are true, correct, and complete."

7. If you rely on a law or other authority to support your arguments, explain what it is and how it applies.

**REPRESENTATION**

You may represent yourself at your conference or have someone who is qualified to practice before the Internal Revenue Service represent you. This may be your attorney, a certified public accountant, or another individual enrolled to practice before the IRS. If your representative attends a conference without you, he or she must file a power of attorney or tax information authorization before receiving or inspecting confidential tax information. Form 2848, Power of Attorney and Declaration of Representative, or Form 8821, Tax Information Authorization, may be used for this purpose. Both forms are available from any IRS office. A properly written power of attorney or authorization is acceptable.

3

Letter 1153 (DO) (Rev. 3-2002)
Catalog Number: 40545C

QUIGLEY000189

If your representative prepares and signs the protest for you, he or she must substitute a declaration stating:

> 1. That he or she submitted the protest and accompanying documents, and

> 2. Whether he or she knows personally that the facts stated in the protest and accompanying documents are true and correct.

## CLAIMS FOR REFUND AND CONSIDERATION BY THE COURTS

### CONSIDERATION BY THE COURTS

If you and the IRS still disagree after your conference, we will send you a bill. However, by following the procedures outlined below, you may take your case to the United States Court of Federal Claims or to your United States District Court. These courts have no connection with the IRS.

Before you can file a claim with these courts, you must pay a portion of the tax liability and file a claim for refund with the IRS, as described below.

### SPECIAL BOND TO DELAY IRS COLLECTION ACTIONS FOR ANY PERIOD AS SOON AS A CLAIM FOR REFUND IS FILED

To request a delay in collection of the penalty by the IRS for any period as soon as you file a claim for refund for that period, you must do the following within 30 days of the date of the official notice of assessment and demand (the first bill) for that period:

> 1. Pay the tax for one employee for each period (quarter) of liability that you wish to contest, if we've based the amount of the penalty on unpaid employment taxes; or pay the tax for one transaction for each period that you wish to contest, if we've based the amount of the penalty on unpaid excise tax.

> 2. File a claim for a refund of the amount(s) you paid using Form(s) 843, Claim for Refund and Request for Abatement.

> 3. Post a bond with the IRS for one and one half times the amount of the penalty that is left after you have made the payment in Item 1.

If the IRS denies your claim when you have posted this bond, you then have 30 days to file suit in your United States District Court or the United States Court of Federal Claims before the IRS may apply the bond to your trust fund recovery penalty and the interest accruing on this debt.

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

QUIGLEY000190

7012 2210 0001 9889 9519

## CLAIM FOR REFUND WITH NO SPECIAL BOND

If you do not file a special bond with a prompt claim for refund, as described above, you may still file a claim for refund following above action items 1 and 2, except these action items do not have to be taken in the first 30 days after the date of the official notice of assessment and demand for the period.

If IRS has not acted on your claim within 6 months from the date you filed it, you can file a suit for refund. You can also file a suit for refund within 2 years after IRS has disallowed your claim.

You should be aware that if IRS finds that the collection of this penalty is in jeopardy, we may take immediate action to collect it without regard to the 60-day period for submitting a protest mentioned above.

For further information about filing a suit you may contact the Clerk of your District Court or the Clerk of the United States Court of Federal Claims, 717 Madison Place, NW, Washington, D.C. 20005.

If we do not hear from you within 60 days from the date of this letter (or 75 days if this letter is addressed to you outside the United States), we will assess the penalty and begin collection action.

Sincerely yours,

DEBORAH J. FLEMING
Revenue Officer

Enclosures:
Form 2751
Publication 1
Envelope

BOD: SB                                5                    Letter 1153 (DO) (Rev. 3-2002)
                                                            Catalog Number: 40545C

QUIGLEY000191

Form **2751**
(Rev. 7-2002)

Department of the Treasury-Internal Revenue Service

## Proposed Assessment of Trust Fund Recovery Penalty

*(Sec. 6672, Internal Revenue Code, or corresponding provisions of prior internal revenue laws)*

### Report of Business Taxpayer's Unpaid Tax Liability

Name and address of business

ST GUMBEAUX INC
3015 WESTLAKE DR
AUSTIN, TX 78746-1906-156

| Tax Return Form Number | Tax Period Ended | Date Return Filed | Date Tax Assessed | Identifying Number | Amount Outstanding | Penalty |
|---|---|---|---|---|---|---|
| 941 | 03/31/2009 | 04/30/2009 | 06/08/2009 | 74-2764646 | $12,585.18 | $9,917.45 |
| 941 | 06/30/2009 | 07/31/2009 | 11/16/2009 | 74-2764646 | $30,085.67 | $25,013.04 |
| 941 | 09/30/2009 | 10/31/2009 | 12/14/2009 | 74-2764646 | $12,933.82 | $10,910.23 |
| 941 | 12/31/2009 | 01/31/2010 | 04/05/2010 | 74-2764646 | $10,699.09 | $8,794.92 |
| Totals: | | | | | $66,303.76 | $54,635.64 |

### Agreement to Assessment and Collection of Trust Fund Recovery Penalty

Name, address, and social security number of person responsible

MICHAEL G QUIGLEY
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
3015 WESTLAKE DR
AUSTIN, TX 78746-1906-156

I consent to the assessment and collection of the penalty shown for each period, which is equal either to the amount of federal employment taxes withheld from employees' wages or to the amount of federal excise taxes collected from patrons or members, and which was not paid over to the Government by the business named above. I waive the 60 day restriction on notice and demand set forth in Internal Revenue Code Section 6672(b).

Signature of person responsible

Date

Part 1— Please sign and return this copy to Internal Revenue Service        Catalog No. 21955U        www.irs.gov        Form **2751** (Rev. 7-2002)
BOD: SB

QUIGLEY000192

Internal Revenue Service
9430 RESEARCH BLVD
M/S 5220 AUNW
AUSTIN, TX 78759

Department of the Treasury

Letter Date: 04/28/2010

ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN, TX 78746-1906

Taxpayer Identification Number:
(Social Security Number or
Employer Identification Number)
74-2764646

Person to Contact:
DEBORAH J. FLEMING
Employee Identification Number:
01-245802
Contact Telephone Number:
(512)464-3439

Our records show that you still owe the federal tax shown below, plus penalty and interest as provided by law, computed to 10 days from the date of this letter.

You may pay in person or by mail.  Please make your check or money order payable to the "United States Treasury.  Write your social security number or employer identification number on your payment.  To pay by mail, send your payment in the enclosed envelope with a copy of this letter.  If you have recently paid this tax, cannot pay it, or have questions about your account, please contact me at the telephone number shown above.

The unpaid amount from prior notices shown on the following page(s) may include tax, penalties and interest you still owe us.  It also includes any credits and payments we've received since we sent our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time.  Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest is also charged on penalties assessed on your account.  Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time.  Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown at the beginning of this letter.

Sincerely yours,

DEBORAH J. FLEMING
REVENUE OFFICER

Letter 728 (Rev. 8-2007)
Catalog Number: 10738B

QUIGLEY000198

Date of this letter: 04/28/2010
Taxpayer Identification Number: 74-2764646

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| 941 | 06/30/2008 | $426.81 | $0.00 | $36.25 | $463.06 |
| 941 | 12/31/2008 | $820.37 | $0.00 | $42.93 | $863.30 |
| 941 | 03/31/2009 | $12,585.18 | $942.15 | $467.19 | $13,994.52 |
| 941 | 06/30/2009 | $30,085.67 | $1,375.71 | $570.93 | $32,032.31 |
| 941 | 09/30/2009 | $12,933.82 | $436.40 | $204.19 | $13,574.41 |
| 940 | 12/31/2009 | $3,048.77 | $13.57 | $8.70 | $3,071.04 |
| 941 | 12/31/2009 | $10,197.34 | $43.97 | $36.94 | $10,278.25 |

Total:          $74,276.89

Enclosures:
Envelope
Copy of this letter

Page 2

Letter 728 (Rev. 8-2007)
Catalog Number: 10738B

QUIGLEY000199

3:29 PM

12/03/16

Accrual Basis

## ST. GUMBEAUX
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Payroll - Plains Capital | 778.97 |
| .Petty cash | 4,500.00 |
| 4341-0 REG SVGS | 5.00 |
| 4341-8 G0 - Operating | 41.28 |
| 4367-0 | 5.00 |
| 4367-8 G2 A | 0.21 |
| 5038-1 | 5.00 |
| 5038-8  G2 Payroll | 562.05 |
| 1455-8 | 4.53 |
| 1455-0 | 11.30 |
| 1455-1 | 9.47 |
| 0309 | -29.81 |
| Capitol One | 100.00 |
| **Total Checking/Savings** | 5,993.00 |
| | |
| **Other Current Assets** | |
| Visa/Mastercard | 10,756.17 |
| American Express | -10,600.82 |
| Discover | -2,739.72 |
| **Inventories** | |
| Brown Bar Inventory | 7,106.35 |
| Meat Inv | 983.34 |
| Seafood Inv | 2,098.11 |
| Poultry Inv | 471.05 |
| Produce Inv | 988.81 |
| Wine Inventory | 10,591.90 |
| Beer Inventory | 124.24 |
| Dairy Inv | 1,294.51 |
| Bakery Inv | 100.29 |
| Other Food Inv | 6,540.07 |
| NA Bev Inv | 1,084.78 |
| Liquor Inv | 1,849.04 |
| **Total Inventories** | 33,180.49 |
| **Total Other Current Assets** | 30,595.12 |
| **Total Current Assets** | 36,588.12 |
| | |
| **Fixed Assets** | |
| Building & LHI | 609,309.21 |
| Accum Depr-Bldg & LHI | -66,088.00 |
| FF&E | 277,218.20 |
| Accum Depr-FF&E | -171,822.25 |

QUIGLEY000279

3:29 PM
12/03/16
Accrual Basis

# ST. GUMBEAUX
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---|
| Total Fixed Assets | 648,617.16 |
|  |  |
| **Other Assets** |  |
| Loan to Westlake-Liquor | 4,334.22 |
| Transfer to Clubquig | 6,762.33 |
| Goodwill | 150,431.19 |
| Accum Amortization | -50,144.15 |
| Transfer/Suspense/Unidentified | 140,754.77 |
| **Daily-Dep or Neg DSR** |  |
| Cash Request | 514,440.00 |
| Daily Deposit | -505,006.04 |
| Daily Deposit-Rec'd BB | 4,267.04 |
|  |  |
| Total Daily-Dep or Neg DSR | 13,701.00 |
|  |  |
| Total Other Assets | 265,839.36 |
|  |  |
| **TOTAL ASSETS** | 951,044.64 |
|  |  |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| Accounts Payable | 99,114.60 |
|  |  |
| Total Accounts Payable | 99,114.60 |
|  |  |
| **Other Current Liabilities** |  |
| Franchise Tax Payable | 2,100.00 |
| N/P-Texas Linen | 6,161.90 |
| N/P-Quigley | -56,466.25 |
| Gift Certificates | 586.14 |
| Due to Fired UP Inc | 0.87 |
| Due to Crescent Real Estate | 37,898.92 |
| SALES TAX PAYABLE | 16,179.81 |
| **Payroll Liabilities** |  |
| Payroll Suspense | 2,517.13 |
| 941 Taxes Paid | -73,751.51 |
| Fica Payable | 79,447.56 |
| Medicare Payable | 19,122.44 |
| Federal W/H | 32,250.71 |
| FUTA Payable | 2,161.79 |
| SUTA Payable | -118.80 |
|  |  |
| Total Payroll Liabilities | 61,629.32 |
|  |  |
| Total Other Current Liabilities | 68,078.71 |
|  |  |
| Total Current Liabilities | 167,193.31 |

Page 2

QUIGLEY000280

3:29 PM
12/03/16
Accrual Basis

# ST. GUMBEAUX
## Balance Sheet
### As of December 31, 2009

| | Dec 31, 09 |
|---|---|
| **Long Term Liabilities** | |
| N/P-West 8th LLC | 15,000.00 |
| N/P-COMERICA | 87,361.73 |
| N/P-Citifinancial (Room Store) | 2,144.25 |
| N/P - Sysco | 80,197.43 |
| N/P - Regions | 8,756.47 |
| **Total Long Term Liabilities** | 193,459.88 |
| **Total Liabilities** | 360,653.19 |
| **Equity** | |
| Loan-ClubQuig | 57,697.40 |
| Loan-Gilmore | 5,000.00 |
| LOAN-MEQ | -2,369.00 |
| Loan-Francine | -14,545.00 |
| Loan-Maurice Quigley | 2,500.00 |
| Capital Stock | 1,000.00 |
| Additional Paid in Capital | 457,193.00 |
| Owner Distr/Contrib | 46,230.29 |
| suspense | 149,920.67 |
| Retained Earnings | -27,864.64 |
| Net Income | -84,371.27 |
| **Total Equity** | 590,391.45 |
| **TOTAL LIABILITIES & EQUITY** | 951,044.64 |

Page 3

QUIGLEY000281

# Request for Trust Fund Recovery Penalty Assessment(s)

*(Section 6672, Internal Revenue Code, or corresponding provisions of prior Internal Revenue laws)*

| | To be completed by Compliance Services Collection Operations (CSCO) |
|---|---|

| Name and address of responsible person | Case assignment code | |
|---|---|---|
| MICHAEL G QUIGLEY<br>3015 WESTLAKE DR<br>AUSTIN, TX 78746-1906-156 | Social security number *(SSN)*<br>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 | Assessment date *(mmddyyyy)* |
| | Date earliest assessment statute expires *(mmddyyyy)*<br>04/15/2013 | Input CC ASEDR-1 |

## Type of Assessment *("x"appropriate box)*

| [X] Regular | [ ] Quick | [ ] Prompt | [ ] Jeopardy | **N** Form 53 prepared<br>*(Attach Part 2 of Form 53)* |
|---|---|---|---|---|

**The penalty to be assessed is equal to the unpaid trust fund portion of the outstanding tax assessment(s) described below.**

| Name and address of employer or collecting agency<br>ST GUMBEAUX INC<br>3015 WESTLAKE DR<br>AUSTIN, TX 78746-1906-156 | Employer identification number *(EIN)*<br><br>74-2764646 | Is CC ASEDR-1 input by CSCO needed?<br><br>[ ] Yes    [ ] No |
|---|---|---|

## Description of Liability - Separate Assessment Methodology

| Tax Form: 941<br>DLN: | Period ended: 03/31/2009 | Unpaid bal: $ $12,585.18<br>Amount assessed: $ | Trust Fund bal: $ $9,917.45<br>Date assessed: |
|---|---|---|---|
| Tax Form: 941<br>DLN: | Period ended: 06/30/2009 | Unpaid bal: $ $30,085.67<br>Amount assessed: $ | Trust Fund bal: $ $25,013.04<br>Date assessed: |
| Tax Form: 941<br>DLN: | Period ended: 09/30/2009 | Unpaid bal: $ $12,933.82<br>Amount assessed: $ | Trust Fund bal: $ $10,910.23<br>Date assessed: |
| Tax Form: 941<br>DLN: | Period ended: 12/31/2009 | Unpaid bal: $ $10,699.09<br>Amount assessed: $ | Trust Fund bal: $ $8,794.92<br>Date assessed: |
| Tax Form:<br>DLN: | Period ended: | Unpaid bal: $<br>Amount assessed: $ | Trust Fund bal: $<br>Date assessed: |

## Related Assessments *(Name, address, and SSN for each taxpayer)*    [ ] No related assessments

| [ ] Case in Appeals    [ ] Form 53 prepared<br><br>SSN: | [ ] Case in Appeals    [ ] Form 53 prepared<br><br>SSN: |
|---|---|

| Signature of Revenue Officer<br><br>DEBORAH J. FLEMING | Assignment code<br><br>25082210 | Initiator's phone number<br><br>(512) 464-3439 Ext | Date *(mmddyyyy)* |
|---|---|---|---|

## Technical Support Review *(if applicable)*

| Signature of Reviewing Officer | Date *(mmddyyyy)* |
|---|---|

Form **2749** (Rev. 1-2003)   Catalog No. 21945Y.           publish.no.irs.gov           Department of the Treasury<br>Internal Revenue Service

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael G Quigley
3015 Westlake Dr
Austin, TX
78746

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☑ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
2-16-11

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7010 1870 0003 2660 8731

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here
FEB 15 2011

1153

Sent To   Michael Quigley

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

7010 1870 0003 2660 8731

PS Form 3800, August 2006       See Reverse for Instructions

**Internal Revenue Service**

**Department of the Treasury**

Date:   FEB 1 5 2011

**Number of this Letter:**
1153

**Person to Contact:**
DEBORAH J. FLEMING

**Employee Number:**
1000245802

MICHAEL G QUIGLEY
3015 WESTLAKE DR
AUSTIN, TX 78746-1906-156

**IRS Contact Address:**
INTERNAL REVENUE SERVICE
12301 RESEARCH BLVD MS 5220 AUNW
RESEARCH PARK PLACE BLDG IV
AUSTIN, TX 78759

**IRS Telephone Number:**
(512) 464-3439 Ext

**Employer Identification Number:**
74-2764646

**Business Name and Address:**
ST GUMBEAUX INC
3015 WESTLAKE DR
AUSTIN, TX 78746-1906-156

Dear MR MICHAEL G QUIGLEY,

Our efforts to collect the federal employment or excise taxes due from the business named above have not resulted in full payment of the liability. We therefore propose to assess a penalty against you as a person required to collect, account for, and pay over withheld taxes for the above business.

Under the provisions of Internal Revenue Code section 6672, individuals who were required to collect, account for, and pay over these taxes for the business may be personally liable for a penalty if the business doesn't pay the taxes. These taxes, described in the enclosed Form 2751, consist of employment taxes you withheld (or should have withheld) from the employees' wages (and didn't pay) or excise taxes you collected (or should have collected) from patrons (and didn't pay), and are commonly referred to as "trust fund taxes."

The penalty we propose to assess against you is a personal liability called the Trust Fund Recovery Penalty. It is equal to the unpaid trust fund taxes which the business still owes the government. If you agree with this penalty for each tax period shown, please sign Part 1 of the enclosed Form 2751 and return it to us in the enclosed envelope.

If you don't agree, have additional information to support your case, and wish to try to resolve the matter informally, contact the person named at the top of this letter within ten days from the date of this letter.

You also have the right to appeal or protest this action. To preserve your appeal rights you need to mail us your written appeal within 60 days from the date of this letter (75 days if this letter is addressed to you outside the United States). The instructions below explain how to make the request.

1

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

## APPEALS

You may appeal your case to the local Appeals Office. Send your written appeal to the attention of the Person to Contact at the address shown at the top of this letter. The dollar amount of the proposed liability for each specific tax period you are protesting affects the form your appeal should take.

| For each period you are protesting, if the proposed penalty amount is: | You should: |
|---|---|
| $25,000 or less | Send a letter listing the issues you disagree with and explain why you disagree. (Small Case Request). |
| More than $25,000 | Submit a formal Written Protest. |

One protest will suffice for all the periods listed on the enclosed Form 2751, however if any one of those periods is more than $25,000, a formal protest must be filed. Include any additional information that you want the Settlement Officer/Appeals Officer to consider. You may still appeal without additional information, but including it at this stage will help us to process your request promptly.

**A SMALL CASE REQUEST** should include:

1. A copy of this letter, or your name, address, social security number, and any information that will help us locate your file;

2. A statement that you want an Appeal's conference;

3. A list of the issues you disagree with and an explanation of why you disagree. Usually, penalty cases like this one involve issues of responsibility and willfulness. Willfulness means that an action was intentional, deliberate or voluntary and not an accident or mistake. Therefore, your statement should include a clear explanation of your duties and responsibilities; and specifically, your duty and authority to collect, account for, and pay the trust fund taxes. Should you disagree with how we calculated the penalty, your statement should identify the dates and amounts of payments that you believe we didn't consider and or/ any computation errors that you believe we made.

Please submit two copies of your Small Case Request.

A formal **WRITTEN PROTEST** should include the items below. Pay particular attention to item 6 and the note that follows it.

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

1.  Your name, address, and social security number;

2   A statement that you want a conference;

3.  A copy of this letter, or the date and number of this letter;

4.  The tax periods involved (see Form 2751);

5.  A list of the findings you disagree with;

6.  A statement of fact, signed under penalties of perjury, that explains why you disagree and why you believe you shouldn't be charged with the penalty. Include specific dates, names, amounts, and locations which support your position. Usually, penalty cases like this one involve issues of responsibility and willfulness. Willfulness means that an action was intentional, deliberate or voluntary and not an accident or mistake. Therefore, your statement should include a clear explanation of your duties and responsibilities; and specifically, your duty and authority to collect, account for, and pay the trust fund taxes. Should you disagree with how we calculated the penalty, your statement should identify the dates and amounts of payments that you believe we didn't consider and/or any computation errors you believe we made;

    **NOTE:**

    To declare that the statement in item 6 is true under penalties of perjury, you must add the following to your statement and sign it:

    "Under penalties of perjury, I declare that I have examined the facts presented in this statement and any accompanying information, and, to the best of my knowledge and belief, they are true, correct, and complete."

7.  If you rely on a law or other authority to support your arguments, explain what it is and how it applies.

## REPRESENTATION

You may represent yourself at your conference or have someone who is qualified to practice before the Internal Revenue Service represent you. This may be your attorney, a certified public accountant, or another individual enrolled to practice before the IRS. If your representative attends a conference without you, he or she must file a power of attorney or tax information authorization before receiving or inspecting confidential tax information. Form 2848, Power of Attorney and Declaration of Representative, or Form 8821, Tax Information Authorization, may be used for this purpose. Both forms are available from any IRS office. A properly written power of attorney or authorization is acceptable.

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

If your representative prepares and signs the protest for you, he or she must substitute a declaration stating:

    1. That he or she submitted the protest and accompanying documents, and

    2. Whether he or she knows personally that the facts stated in the protest and accompanying documents are true and correct.

## CLAIMS FOR REFUND AND CONSIDERATION BY THE COURTS

### CONSIDERATION BY THE COURTS

If you and the IRS still disagree after your conference, we will send you a bill. However, by following the procedures outlined below, you may take your case to the United States Court of Federal Claims or to your United States District Court. These courts have no connection with the IRS.

Before you can file a claim with these courts, you must pay a portion of the tax liability and file a claim for refund with the IRS, as described below.

### SPECIAL BOND TO DELAY IRS COLLECTION ACTIONS FOR ANY PERIOD AS SOON AS A CLAIM FOR REFUND IS FILED

To request a delay in collection of the penalty by the IRS for any period as soon as you file a claim for refund for that period, you must do the following within 30 days of the date of the official notice of assessment and demand (the first bill) for that period:

    1. Pay the tax for one employee for each period (quarter) of liability that you wish to contest, if we've based the amount of the penalty on unpaid employment taxes; or pay the tax for one transaction for each period that you wish to contest, if we've based the amount of the penalty on unpaid excise tax.

    2. File a claim for a refund of the amount(s) you paid using Form(s) 843, Claim for Refund and Request for Abatement.

    3. Post a bond with the IRS for one and one half times the amount of the penalty that is left after you have made the payment in Item 1.

If the IRS denies your claim when you have posted this bond, you then have 30 days to file suit in your United States District Court or the United States Court of Federal Claims before the IRS may apply the bond to your trust fund recovery penalty and the interest accruing on this debt.

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

**CLAIM FOR REFUND WITH NO SPECIAL BOND**

If you do not file a special bond with a prompt claim for refund, as described above, you may still file a claim for refund following above action items 1 and 2, except these action items do not have to be taken in the first 30 days after the date of the official notice of assessment and demand for the period.

If IRS has not acted on your claim within 6 months from the date you filed it, you can file a suit for refund. You can also file a suit for refund within 2 years after IRS has disallowed your claim.

You should be aware that if IRS finds that the collection of this penalty is in jeopardy, we may take immediate action to collect it without regard to the 60-day period for submitting a protest mentioned above.

For further information about filing a suit you may contact the Clerk of your District Court or the Clerk of the United States Court of Federal Claims, 717 Madison Place, NW, Washington, D.C. 20005.

If we do not hear from you within 60 days from the date of this letter (or 75 days if this letter is addressed to you outside the United States), we will assess the penalty and begin collection action.

Sincerely yours,

DEBORAH J. FLEMING
Revenue Officer

Enclosures:
Form 2751
Publication 1
Envelope

BOD: SB                                      5                          Letter 1153 (DO) (Rev. 3-2002)
                                                                        Catalog Number: 40545C

Form **2751**
(Rev. 7-2002)

Department of the Treasury-Internal Revenue Service

## Proposed Assessment of Trust Fund Recovery Penalty

*(Sec. 6672, Internal Revenue Code, or corresponding provisions of prior internal revenue laws)*

### Report of Business Taxpayer's Unpaid Tax Liability

Name and address of business

ST GUMBEAUX INC
3015 WESTLAKE DR
AUSTIN, TX 78746-1906-156

| Tax Return Form Number | Tax Period Ended | Date Return Filed | Date Tax Assessed | Identifying Number | Amount Outstanding | Penalty |
|---|---|---|---|---|---|---|
| 941 | 03/31/2009 | 04/30/2009 | 06/08/2009 | 74-2764646 | $12,585.18 | $9,917.45 |
| 941 | 06/30/2009 | 07/31/2009 | 11/16/2009 | 74-2764646 | $30,085.67 | $25,013.04 |
| 941 | 09/30/2009 | 10/31/2009 | 12/14/2009 | 74-2764646 | $12,933.82 | $10,910.23 |
| 941 | 12/31/2009 | 01/31/2010 | 04/05/2010 | 74-2764646 | $10,699.09 | $8,794.92 |
| Totals: | | | | | $66,303.76 | $54,635.64 |

### Agreement to Assessment and Collection of Trust Fund Recovery Penalty

Name, address, and social security number of person responsible

MICHAEL G QUIGLEY
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
3015 WESTLAKE DR
AUSTIN, TX 78746-1906-156

I consent to the assessment and collection of the penalty shown for each period, which is equal either to the amount of federal employment taxes withheld from employees' wages or to the amount of federal excise taxes collected from patrons or members, and which was not paid over to the Government by the business named above. I waive the 60 day restriction on notice and demand set forth in Internal Revenue Code Section 6672(b).

Signature of person responsible

Date

Part 3— IRS File Copy

Catalog No. 21955U

www.irs.gov

Form **2751** (Rev. 7-2002)

BOD: SB

**Internal Revenue Service**                                    **Department of the Treasury**

12301 RESEARCH BLVD MS 5220 AUNW
RESEARCH PARK PLACE BLDG IV                    Date:    FEB 1 5 2011
AUSTIN, TX 78759

                                                Social Security Number or
                                                Employer Identification Number:
                                                74-2764646

                                                Contact Person:
MICHAEL G QUIGLEY                               DEBORAH J. FLEMING
3015 WESTLAKE DR                               Contact Telephone Number:
AUSTIN, TX 78746-1906-156                      (512) 464-3439 Ext

                                                Employee Identification Number:
                                                1000245802

Dear MR MICHAEL G QUIGLEY,

We are attempting to collect unpaid taxes from the business named below.

**BUSINESS NAME:** ST GUMBEAUX INC

We are now determining who may be personally responsible for some portion of the tax. We have received information that indicates you may have some responsibility for the tax. We encourage you to contact us if you have information that would help us determine your personal liability.

As part of this determination process, we sometimes talk with other persons when we need to obtain or verify related information. If we do contact other persons, we will generally need to provide them limited information about you, such as your name. The law prohibits us from disclosing any more information than is necessary. Our need to contact other persons may continue until we collect the tax.

If you have any questions regarding this letter or wish to request a list of people we contact regarding this matter, please call us at the telephone number shown above.

                            Sincerely,


                            DEBORAH J. FLEMING
                            Revenue Officer

BOD: SB                                          Letter 3164-A (Rev. 7-2010)
                                                Catalog Number 73226K

Case 1:16-cv-00459-SS   Document 26-3   Filed 01/13/16   Page 112 of 119

Form **2751**
(Rev. 7-2002)

Department of the Treasury—Internal Revenue Service

## Proposed Assessment of Trust Fund Recovery Penalty

*(Sec. 6672, Internal Revenue Code, or corresponding provisions of prior internal revenue laws)*

### Report of Business Taxpayer's Unpaid Tax Liability

Name and address of business

ST GUMBEAUX INC
3015 WESTLAKE DR
AUSTIN, TX 78746-1906-156

| Tax Return Form Number | Tax Period Ended | Date Return Filed | Date Tax Assessed | Identifying Number | Amount Outstanding | Penalty |
|---|---|---|---|---|---|---|
| 941 | 03/31/2009 | 04/30/2009 | 06/08/2009 | 74-2764646 | $12,585.18 | $9,917.45 |
| 941 | 06/30/2009 | 07/31/2009 | 11/16/2009 | 74-2764646 | $30,085.67 | $25,013.04 |
| 941 | 09/30/2009 | 10/31/2009 | 12/14/2009 | 74-2764646 | $12,933.82 | $10,910.23 |
| 941 | 12/31/2009 | 01/31/2010 | 04/05/2010 | 74-2764646 | $10,699.09 | $8,794.92 |
| Totals: | | | | | $66,303.76 | $54,635.64 |

### Agreement to Assessment and Collection of Trust Fund Recovery Penalty

Name, address, and social security number of person responsible

MICHAEL G QUIGLEY
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
3015 WESTLAKE DR
AUSTIN, TX 78746-1906-156

I consent to the assessment and collection of the penalty shown for each period, which is equal either to the amount of federal employment taxes withheld from employees' wages or to the amount of federal excise taxes collected from patrons or members, and which was not paid over to the Government by the business named above. I waive the 60 day restriction on notice and demand set forth in Internal Revenue Code Section 6672(b).

| Signature of person responsible | Date |
|---|---|
| | |

Part 3— IRS File Copy

Catalog No. 21955U

www.irs.gov

Form **2751** (Rev. 7-2002)

BOD: SB

```
EIN 74-2764646         TFRP Pay sheet      Wed Jun 16 11:40:34 2010
TC   TC-dt        TC-amt    00   Tax Only    Employer    Employee   IncTaxWith   TrustFundP

200806    0.00                              58815.24    20815.83    20815.83    17183.58    37999.41

650 0 04/10/2008   -8171.20  00    8171.20    8171.20      0.00        0.00        0.00        0.00
650 0 04/23/2008   -8162.15  00   16333.35   16333.35      0.00        0.00        0.00        0.00
650 0 05/07/2008   -8633.15  00   24966.50   20815.83    4150.67       0.00        0.00     4150.67
650 0 05/28/2008   -8448.32  00   33414.82   20815.83   12598.99   12598.99        0.00    12598.99
650 0 06/04/2008   -8980.90  00   42395.72   20815.83   20815.83   20815.83      764.06    21579.89
650 0 06/18/2008   -8354.02  00   50749.74   20815.83   20815.83   20815.83     9118.08    29933.91
650 0 07/02/2008   -8065.50  00   58815.24   20815.83   20815.83   20815.83    17183.58    37999.41
150 0 07/31/2008   58815.24        58815.24   20815.83   20815.83   20815.83    17183.58    37999.41
186 0 08/11/2008     585.84        58815.24   20815.83   20815.83   20815.83    17183.58    37999.41
670 0 04/09/2009    -263.03  00   58815.24   20815.83   20815.83   20815.83    17183.58    37999.41
360 0 11/30/2009      42.00  00   58815.24   20815.83   20815.83   20815.83    17183.58    37999.41
360 0 04/12/2010      62.00  00   58815.24   20815.83   20815.83   20815.83    17183.58    37999.41

Period Balance                        0.00       0.00        0.00        0.00        0.00        0.00
Balance Sub-totals                    0.00       0.00        0.00        0.00        0.00        0.00
=============================================================================================

200812    0.00                              54999.55    19796.30    19796.30    15406.95    35203.25

650 0 10/08/2008   -7841.55  00    7841.55    7841.55      0.00        0.00        0.00        0.00
650 0 10/22/2008   -7689.17  00   15530.72   15530.72      0.00        0.00        0.00        0.00
650 0 11/05/2008   -7534.03  00   23064.75   19796.30    3268.45       0.00        0.00     3268.45
650 0 11/26/2008   -7925.17  00   30989.92   19796.30   11193.62   11193.62        0.00    11193.62
650 0 12/03/2008   -8337.32  00   39327.24   19796.30   19796.30   19530.94        0.00    19530.94
650 0 12/17/2008   -7190.08  00   46517.32   19796.30   19796.30   19796.30     6924.72    26721.02
670 0 01/12/2009   -8482.23  00   54999.55   19796.30   19796.30   19796.30    15406.95    35203.25
150 0 01/31/2009   54999.55        54999.55   19796.30   19796.30   19796.30    15406.95    35203.25
186 0 02/09/2009     820.37         54999.55   19796.30   19796.30   19796.30    15406.95    35203.25

Period Balance                        0.00       0.00        0.00        0.00        0.00        0.00
Balance Sub-totals                    0.00       0.00        0.00        0.00        0.00        0.00
=============================================================================================

200903    9917.45                           48836.08    17541.52    17541.53    13753.03    31294.56

650 0 01/23/2009   -7161.80  00    7161.80    7161.80      0.00        0.00        0.00        0.00
650 0 01/28/2009   -7152.70  00   14314.50   14314.50      0.00        0.00        0.00        0.00
650 0 02/11/2009   -8582.29  00   22896.79   17541.52    5355.27    5355.27        0.00     5355.27
650 0 03/11/2009   -5000.00  00   27896.79   17541.52   10355.27   10355.27        0.00    10355.27
```

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 650 | 0 | 04/03/2009 | -6000.00 | 00 | 33896.79 | 17541.52 | 16355.27 | 0.00 | 16355.27 |
| 650 | 0 | 04/08/2009 | -5021.84 | 00 | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 150 | 0 | 04/30/2009 | 48836.08 | | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 186 | 0 | 06/08/2009 | 2030.21 | | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 196 | 0 | 06/08/2009 | 42.48 | | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 276 | 0 | 06/08/2009 | 99.17 | 00 | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |
| 186 | 0 | 07/13/2009 | 495.87 | | 38918.63 | 17541.52 | 17541.53 | 3835.58 | 21377.11 |

| Period Balance | | | | | 9917.45 | 0.00 | 0.00 | 9917.45 | 9917.45 |
|---|---|---|---|---|---|---|---|---|---|
| Balance Sub-totals | | | | | 9917.45 | 0.00 | 0.00 | 9917.45 | 9917.45 |

| 200906 | 25013.04 | | | | 53085.36 | 19670.54 | 19670.54 | 13744.28 | 33414.82 |
|---|---|---|---|---|---|---|---|---|---|
| 650 | 0 | 04/29/2009 | -7972.77 | 00 | 7972.77 | 7972.77 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 05/06/2009 | -1999.36 | 00 | 9972.13 | 9972.13 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 05/06/2009 | -2344.79 | 00 | 12316.92 | 12316.92 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 05/28/2009 | -4816.45 | 00 | 17133.37 | 17133.37 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 06/03/2009 | -4776.58 | 00 | 21909.95 | 19670.54 | 2239.41 | 0.00 | 2239.41 |
| 650 | 0 | 06/17/2009 | -2007.30 | 00 | 23917.25 | 19670.54 | 4246.71 | 0.00 | 4246.71 |
| 650 | 0 | 07/01/2009 | -1694.89 | 00 | 25612.14 | 19670.54 | 5941.60 | 0.00 | 5941.60 |
| 650 | 0 | 07/01/2009 | -2460.18 | 00 | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 150 | 0 | 07/31/2009 | 53085.36 | | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 186 | 0 | 11/16/2009 | 3148.99 | | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 196 | 0 | 11/16/2009 | 297.79 | | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 276 | 0 | 11/16/2009 | 375.20 | 00 | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |
| 186 | 0 | 12/21/2009 | 1250.65 | | 28072.32 | 19670.54 | 8401.78 | 0.00 | 8401.78 |

| Period Balance | | | | | 25013.04 | 0.00 | 11268.76 | 13744.28 | 25013.04 |
|---|---|---|---|---|---|---|---|---|---|
| Balance Sub-totals | | | | | 34930.49 | 0.00 | 11268.76 | 23361.73 | 34930.49 |

| 200909 | 10910.23 | | | | 42939.22 | 16052.29 | 16052.29 | 10834.64 | 26886.93 |
|---|---|---|---|---|---|---|---|---|---|
| 650 | 0 | 07/09/2009 | -548.40 | 00 | 548.40 | 548.40 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 07/09/2009 | -4933.52 | 00 | 5481.92 | 5481.92 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 07/15/2009 | -4394.94 | 00 | 9876.86 | 9876.86 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 07/29/2009 | -6598.07 | 00 | 16474.93 | 16052.29 | 422.64 | 0.00 | 422.64 |
| 650 | 0 | 08/12/2009 | -2181.79 | 00 | 18656.72 | 16052.29 | 2604.43 | 0.00 | 2604.43 |
| 650 | 0 | 08/12/2009 | -510.28 | 00 | 19167.00 | 16052.29 | 3114.71 | 0.00 | 3114.71 |
| 650 | 0 | 08/12/2009 | -1792.73 | 00 | 20955.73 | 16052.29 | 4907.44 | 0.00 | 4907.44 |
| 650 | 0 | 08/26/2009 | -1861.50 | 00 | 22821.23 | 16052.29 | 6768.94 | 0.00 | 6768.94 |
| 650 | 0 | 08/26/2009 | -2300.09 | 00 | 25121.32 | 16052.29 | 9069.03 | 0.00 | 9069.03 |
| 650 | 0 | 08/26/2009 | -537.91 | 00 | 25659.23 | 16052.29 | 9606.94 | 0.00 | 9606.94 |

| 650 | 0 | 09/09/2009 | -1865.08 | 00 | 27524.31 | 16052.29 | 11472.02 | 0.00 | 11472.02 |
| 650 | 0 | 09/30/2009 | -1802.80 | 00 | 29327.11 | 16052.29 | 13274.82 | 0.00 | 13274.82 |
| 650 | 0 | 10/07/2009 | -2701.88 | 00 | 32028.99 | 16052.29 | 15976.70 | 0.00 | 15976.70 |
| 150 | 0 | 10/31/2009 | 42939.22 |  | 32028.99 | 16052.29 | 15976.70 | 0.00 | 15976.70 |
| 186 | 0 | 12/14/2009 | 1316.25 |  | 32028.99 | 16052.29 | 15976.70 | 0.00 | 15976.70 |
| 196 | 0 | 12/14/2009 | 52.73 |  | 32028.99 | 16052.29 | 15976.70 | 0.00 | 15976.70 |
| 276 | 0 | 12/14/2009 | 109.10 | 00 | 32028.99 | 16052.29 | 15976.70 | 0.00 | 15976.70 |
| 186 | 0 | 02/01/2010 | 545.51 |  | 32028.99 | 16052.29 | 15976.70 | 0.00 | 15976.70 |

| Period Balance |  |  |  |  | 10910.23 | 0.00 | 75.59 | 10834.64 | 10910.23 |
| Balance Sub-totals | 8794.92 |  |  |  | 45840.72 | 0.00 | 11344.35 | 34496.37 | 45840.72 |

| 200912 | 8794.92 |  |  |  | 15643.34 | 6832.39 | 6832.40 | 1978.55 | 8810.95 |

| 650 | 0 | 10/14/2009 | -2255.20 | 00 | 2255.20 | 2255.20 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 10/28/2009 | -1832.43 | 00 | 4087.63 | 4087.63 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 11/04/2009 | -986.04 | 00 | 5073.67 | 5073.67 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 11/04/2009 | -527.46 | 00 | 5601.13 | 5601.13 | 0.00 | 0.00 | 0.00 |
| 650 | 0 | 01/05/2010 | -1247.29 | 00 | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |
| 150 | 0 | 01/31/2010 | 15643.34 |  | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |
| 186 | 0 | 04/05/2010 | 1208.60 |  | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |
| 196 | 0 | 04/05/2010 | 61.90 |  | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |
| 276 | 0 | 04/05/2010 | 131.92 | 00 | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |
| 186 | 0 | 05/10/2010 | 439.75 |  | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |
| 360 | 0 | 05/31/2010 | 62.00 | 00 | 6848.42 | 6832.39 | 16.03 | 0.00 | 16.03 |

| Period Balance |  |  |  |  | 8794.92 | 0.00 | 6816.37 | 1978.55 | 8794.92 |
| Balance Sub-totals | 54635.64 |  |  |  | 54635.64 | 0.00 | 18160.72 | 36474.92 | 54635.64 |

Thursday   June 16, 2011, 4:16 pm

```
                    REQUESTOR: 2508-2210
                    ICS HISTORY TRANSCRIPT
                    HISTORY INFORMATION
```

| Name: ST GUMBEAUX INC | TIN: 74-2764646 |
|---|---|

-- Entity Information --

```
TIN: 74-2764646
ST GUMBEAUX INC
GUMBOS
3015 WESTLAKE DR
AUSTIN, TX 78746
H-Ph:
C-Ph: 512-565-4035        -----
O-Ph: (512) 542-9441
Int-Ph:
FR:
941:01   1120:01    940:01
FYM: 12
-
```

-- Balance Due --

```
74-2764646      - -     01 200806 TXMOD ST48      364.81 INTST        396.94
74-2764646      - -     01 200812 TXMOD ST48      820.37 INTST        854.83
74-2764646      .- -     01 200903 TXMOD ST48   12,585.18 INTST     13,568.91
74-2764646      - -     01 200906 TXMOD ST58   30,085.67 INTST     30,981.05
74-2764646      - -     01 200909 TXMOD ST21   12,388.31 INTST     12,572.30
```

```
Total Aggregate Assessed Balance = $56,244.34     !!!FINANCIAL INFO REQUIRED!!!
Total INTST Balance = $58,374.03 - figured to:  02/07/2010
```

-- Installment Agreement Information --

Research supports Installment Agreement approval at this time.

-- ASED / CSED Info on Balance Period(s) --

```
74-2764646      - -     01 200806 ASED>04152012 CSED>03212019
74-2764646      - -     01 200812 ASED>04152012 CSED>09192019
74-2764646      - -     01 200903 ASED>04152013 CSED>01162020
74-2764646      - -     01 200906 ASED>04152013 CSED>11162019
74-2764646      - -     01 200909 ASED>04152013 CSED>12142019
```

-- FTD Payment Info --

```
                    REQUESTOR: 2508-2210
                    ICS HISTORY TRANSCRIPT
                     HISTORY INFORMATION
```

| Name: ST GUMBEAUX INC | TIN: 74-2764646 |
|---|---|

```
74-2764646      - -        Semi-weekly Depositor
74-2764646      - -      650   01200912 10142009        2,255.20-
74-2764646      - -      650   01200912 10282009        1,832.43-
74-2764646      - -      650   01200912 11042009          527.46-
74-2764646      - -      650   01200912 11042009          986.04-
74-2764646      - -      01200912 Not Current
74-2764646    01 200806  650   04102008        8,171.20-
74-2764646    01 200806  650   04232008        8,162.15-
74-2764646    01 200806  650   05072008        8,633.15-
74-2764646    01 200806  650   05282008        8,448.32-
74-2764646    01 200806  650   06042008        8,980.90-
74-2764646    01 200806  650   06182008        8,354.02-
74-2764646    01 200806  650   07022008        8,065.50-
FTD(s) 74-2764646    01 200806 Total      -58,815.24
74-2764646    01 200812  650   10082008        7,841.55-
74-2764646    01 200812  650   10222008        7,689.17-
74-2764646    01 200812  650   11052008        7,534.03-
74-2764646    01 200812  650   11262008        7,925.17-
74-2764646    01 200812  650   12032008        8,337.32-
74-2764646    01 200812  650   12172008        7,190.08-
FTD(s) 74-2764646    01 200812 Total      -46,517.32
74-2764646    01 200903  650   01232009        7,161.80-
74-2764646    01 200903  650   01282009        7,152.70-
74-2764646    01 200903  650   02112009        8,582.29-
74-2764646    01 200903  650   03112009        5,000.00-
74-2764646    01 200903  650R  04012009        6,000.00-
74-2764646    01 200903  650   04032009        6,000.00-
74-2764646    01 200903  650   04082009        5,021.84-
FTD(s) 74-2764646    01 200903 Total      -44,918.63
74-2764646    01 200906  650   04292009        7,972.77-
74-2764646    01 200906  650   05062009        1,999.36-
74-2764646    01 200906  650   05062009        2,344.79-
74-2764646    01 200906  650   05282009        4,816.45-
74-2764646    01 200906  650   06032009        4,776.58-
74-2764646    01 200906  650R  06172009        2,781.51-
74-2764646    01 200906  650   06172009        2,007.30-
74-2764646    01 200906  650   07012009        1,694.89-
74-2764646    01 200906  650R  07012009        2,781.51-
74-2764646    01 200906  650   07012009        2,460.18-
FTD(s) 74-2764646    01 200906 Total      -33,635.34
74-2764646    01 200909  650   07092009          548.40-
74-2764646    01 200909  650   07092009        4,933.52-
74-2764646    01 200909  650   07152009        4,394.94-
74-2764646    01 200909  650   07292009        6,598.07-
74-2764646    01 200909  650   08122009          510.28-
74-2764646    01 200909  650   08122009        1,792.73-
74-2764646  ° 01 200909  650   08122009        2,181.79-
74-2764646    01 200909  650   08262009        1,861.50-
```

```
                    REQUESTOR: 2508-2210
                    ICS HISTORY TRANSCRIPT
                    HISTORY INFORMATION
```

| Name: ST GUMBEAUX INC | TIN: 74-2764646 |
|---|---|

```
74-2764646    01 200909    650  08262009         537.91-
74-2764646    01 200909    650  08262009       2,300.09-
74-2764646    01 200909    650  09092009       1,865.08-
74-2764646    01 200909    650  09302009       1,802.80-
74-2764646    01 200909    650  10072009       2,701.88-
FTD(s) 74-2764646    01 200909 Total    -32,028.99
```

Review of Archive History shows TP is a repeater, previous liability was because of embezzlement. That employee no longer works for company.

AM history shows last contact was 09/10/09 concerning bal due, but liability is still not resolved.


-- Account Conditions --

74-2764646
No PDT indicator
No Caution indicator.
No CI Entity Control.
No LLC Election indicator.
No S-Corp Election indicator.

74-2764646
No CI Control indicator located on any module.
No Bankruptcy / Litigation indicator located on any module.
No Offer In Compromise indicator located on any module.
No Disaster indicator located on any module.
!! Has Lien indicator(s):  01 200806, 01 200812, 01 200903,
No Lien indicator located for these modules:  01 200906, 01 200909,
!! Has L1058 indicator(s):  01 200806, 01 200812, 01 200903,
No L1058 indicator located for these modules:  01 200906, 01 200909,
No Combat Zone indicator located on any module.
No Pending IA indicator located on any module.
No Active IA indicator located on any module.
!! Has Third Party indicator(s):  01 200806, 01 200812, 01 200903, 01 200906,
No Third Party indicator located for these modules:  01 200909,
No FPLP indicator located on any module.
No AKPFD indicator located on any module.
No CAWR Assessment indicator located on any module.
No CAWR Reduction indicator located on any module.

~IAT~

Plan of action- RO on detail from 01/04/10 through 02/11/10, will schedule FC by 02/26/10 request full pay, can't pay 433B, 4180 on all officers, assert TFRP on responsible

```
                    REQUESTOR: 2508-2210
                    ICS HISTORY TRANSCRIPT
                    HISTORY INFORMATION
```

| Name: ST GUMBEAUX INC | TIN: 74-2764646 |
|---|---|

parties, ask for list of resturants and assets.

TP is a repeater and knows what is expected of his company for filing and paying.

FTD VERIFICATION

| MFT | TaxPd | Deposit Date | Deposit Amount |
|---|---|---|---|
| 01 | 200912 | 01/05/2010 | $1,247.29 |

---

ACTION DATE: 01/21/2010                    CREATE ID: 25082210

Systemic History: ENTITY UPDATED - ICS

SUB CASE CODE updated from (602) TAXPAYER NEEDS CONTACT - BMF
                       to (000) COMPLIANCE TDA/TDI

---

ACTION DATE: 02/05/2010                    CREATE ID: 25082210

Systemic History: ENTITY UPDATED - ICS

SUB CASE CODE updated from (000) COMPLIANCE TDA/TDI
                       to (602) TAXPAYER NEEDS CONTACT - BMF

---

ACTION DATE: 03/10/2010                    CREATE ID: 25082210

Systemic History: ENTITY UPDATED - ICS

SUB CASE CODE updated from (602) TAXPAYER NEEDS CONTACT - BMF
                       to (000) COMPLIANCE TDA/TDI

---

ACTION DATE: 03/10/2010   SYSTEM DATE: 03/10/2010   CONTACT: OTHER   CREATE ID: 25082210

FTD VERIFICATION

FTD VERIFICATION

| MFT | TaxPd | Deposit Date | Deposit Amount |
|---|---|---|---|
| 01 | 200912 | 01/05/2010 | $1,247.27 |

---

ACTION DATE: 03/10/2010                    CREATE ID: 25082210

Systemic History: INVENTORY ITEM CLOSED - ICS

FTD - TDA/TDI RECEIVED          01/200912

---

ACTION DATE: 03/10/2010                    CREATE ID: 25082210

Page: 5
Sensitive But Unclassified